PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

NC

CASE NUMBER *(Tran. Court)*
~~05-126-13~~ CR 05-193-13

CASE NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Matthew Melao<br>Taft Correctional Institution<br>1500 Cadet Road Po Box 7000<br>Taft California 93268<br>Register No.: 33230-177 | Eastern District<br>of Pennsylvania | Philadelphia |

FILED
JAN 07 2008
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

NAME OF SENTENCING JUDGE
The Honorable Paul S. Diamond

| PROJECTED DATE OF SUPERVISED RELEASE VIA GOOD CONDUCT TIME RELEASE: | FROM<br>12/25/2007 | TO<br>12/24/2010 |
|---|---|---|

**OFFENSE**
Conspiracy to distribute controlled substances (Count One), conspiracy to import controlled substances (Count Two), conspiracy to introduce misbranded drugs into interstate commerce (Counts Four and Five), conspiracy to commit money laundering (Count Six) and promotional money laundering (Count 27).

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 4, 2007
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/30/07
Effective Date

*signature* Irma E. Gonzalez
United States District Judge

ENTERED
JAN 07 2008
CLERK OF COURT