PROB 12B
(04/05)

January 9, 2008

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 15 PM 2: 36
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Matthew J. MELAO (English)              **Dkt No.:** 08-CR-7002-001-IEG

**Reg. No.:** 33230-177

**Name of Sentencing Judicial Officer:** The Honorable Paul S. Diamond, U.S. District Judge. Jurisdiction has been transferred to the Southern District of California and assigned to The Honorable Irma E. Gonzalez, Chief U.S. District Judge.

**Date of Sentence:** September 20, 2006

**Original Offense:**
  Ct. 1: 21 U.S.C. § 846, Conspiracy to Distribute Controlled Substances, a Class C felony;
  Ct. 2: 21 U.S.C. § 963, Conspiracy to Import Controlled Substances, a Class C felony;
  Ct. 4 and 5: 18 U.S.C. § 371 and 21 U.S.C. §§ 331(a) and 333(a)(2), Conspiracy to Introduce Misbranded Drugs into Interstate Commerce, Class E felonies;
  Ct. 6: 18 U.S.C. § 1956(h), Conspiracy to Commit Money Laundering, a Class C felony;
  Ct. 27: 18 U.S.C. § 1956(a)(1)(A)(I), Promotional Money Laundering, a Class C felony.

**Sentence:** 37 months custody; three years supervised release. (*Special Conditions:* *Refrain from the use of alcohol and submit to testing; submit to evaluation/treatment; refrain from illegal drug use/possession and submit to urinalysis; submit to drug treatment; submit to DNA collection; submit to inspection/examination of computer; allow installation to monitor/filter computer use; and pay cost of computer monitoring.*) $600.00 Special Assessment.

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** December 25, 2007

**Asst. U.S. Atty.:** Frank Costello              **Defense Counsel:** Bernard Siegel (Appointed)
                                                                                    (215)751-9830

**Prior Violation History:** None.

| | |
|---|---|
| Name of Offender: Matthew J. MELAO | January 9, 2008 |
| Docket No.: 08-CR-7002-001-IEG | Page 2 |

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer; provide complete disclosure of personal and business financial records to the probation officer as requested; be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer; report all vehicles owned or operated, or in which you have an interest, to the probation officer.

### CAUSE

Mr. Melao was released from custody on December 25, 2007. He was originally sentenced in the Eastern District of Pennsylvania, but wished to relocate and release to the Southern District of California. As such, the process of transferring jurisdiction was initiated by the sentencing district and has been finalized.

Since the Court elected to accept transfer of jurisdiction in Mr. Melao's case, this officer is recommending that supervised release be modified to include several additional special conditions, given the circumstances and nature of the underlying offense. It is believed that the special conditions (noted above) are imperative to appropriately supervise Mr. Melao in the community. Attached for the Court's consideration is a probation Form 49 (Waiver of Hearing) which the offender signed while still incarcerated, acknowledging he is in agreement with the recommended special conditions.

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on: January 9, 2008**

Respectfully submitted:

by _____
Lori Faubel
Senior U.S. Probation Officer
(619) 409-5105

Reviewed and approved:

_____
Mary M. Murphy
Supervising U.S. Probation Officer

Attachments

## THE COURT ORDERS:

__X__  The Modification of Conditions as Noted Above

_____  Other _____

_____

_____

_____        __1/11/08__
The Honorable Irma E. Gonzalez                    Date
Chief U.S. District Judge

laf
EoA