

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

**FILED**

JAN 1 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

MICHAEL E. KUNZ
CLERK OF COURT

January 8, 2008

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

U.S.D.C. Southern District of California
Roberta E. Westdal, Clerk of Court
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, California 92101-8900

08 cr 7002 IEG

RE:    U.S.A. vs. MATTHEW MELAO
       05-CR-193-13 (ED OF PA) S.D. CALIFORNIA # NOT GIVEN

Dear Ms. Westdal:

Pursuant to a Transfer of Probation, we herewith enclose a certified copy of the following;

        Docket Entries
        Transfer of Probation Form
        Judgment.
        Indictment & Superseding Indictment (NOT CERTIFIED)

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: /s/ Dennis Taylor
Dennis Taylor, Deputy Clerk

Received above material or record file this        day of

Signature: _____

Date: _____

crf

NC

PROB 22
(Rev. 2/88)

PDiphony

**TRANSFER OF JURISDICTION**

| CASE NUMBER *(Tran. Court)* |
|---|
| 05-196-13 |

CASE NUMBER *(Rec. Court)*

CR 05-193-13

1072

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT Eastern District of Pennsylvania | DIVISION Philadelphia |
|---|---|---|

Matthew Melao
Taft Correctional Institution
1500 Cadet Road Po Box 7000
Taft California 93268
Register No.: 33230-177

**FILED**

JAN 07 2008

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

NAME OF SENTENCING JUDGE

The Honorable Paul S. Diamond

| PROJECTED DATE OF SUPERVISED RELEASE VIA GOOD CONDUCT TIME RELEASE: | FROM 12/25/2007 | TO 12/24/2010 |
|---|---|---|

OFFENSE

Conspiracy to distribute controlled substances (Count One), conspiracy to import controlled substances (Count Two), conspiracy to introduce misbranded drugs into interstate commerce (Counts Four and Five), conspiracy to commit money laundering (Count Six) and promotional money laundering (Count 27).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

     IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| September 4 2007 | Paul S Diamond |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of California

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 10/30/07 | Irma E. Gonzalez |
|---|---|
| *Effective Date* | *United States District Judge* |

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 1-8-07
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**ENTERED**

JAN 0 7 2008

**CLERK OF COURT**

United States District Court
Eastern District of Pennsylvania (Philadelphia)
CRIMINAL DOCKET FOR CASE #: 2:05-cr-00193-PD-13
Internal Use Only

Case title: USA v. BANSAL et al

Date Filed: 04/06/2005
Date Terminated: 09/20/2006

---

Petitioner

JEFFREY S. RAIFORD

---

Petitioner

LEON PERCIVAL, SR.                    represented by LEON PERCIVAL, SR.
                                                      220239
                                                      ALGER MAX
                                                      P.O. BOX 600
                                                      MUNISING, MI 49862
                                                      PRO SE

---

Petitioner

WILLIAM DEVORE                        represented by WILLIAM DEVORE
                                                      20701 SUGARLOAF MOUNTAIN ROAD
                                                      CLERMONT, FL 34715
                                                      PRO SE

---

Petitioner

MALINI PATIL                          represented by MALINI PATIL
                                                      15126 KNOLSON STREET
                                                      LIVONIA, MI 48154
                                                      PRO SE

---

Petitioner

JEAN LANE                             represented by JEAN LANE
                                                      1995 E. PROSPECT ROAD
                                                      P.O. BOX 222
                                                      JEFFERSON, TX 75657
                                                      PRO SE

---

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 1-8-08

ATTEST:

DEPUTY CLERK, UNITED STATES DISTRICT CO.
EASTERN DISTRICT OF PENNSYLVANIA

**Petitioner**

**CHARLES LANE**                          represented by **CHARLES LANE**
                                                          1995 E. PROSPECT ROAD
                                                          P.O. BOX 222
                                                          JEFFERSON, TX 75657
                                                          PRO SE

---

Assigned to: HONORABLE PAUL S.
DIAMOND

**Defendant (13)**

**MATTHEW JOSEPH MELAO**                  represented by **MATTHEW JOSEPH MELAO**
*TERMINATED: 09/20/2006*                                  32301-77
                                                          FEDERAL DETENTION CENTER-
                                                          PHILADELPHIA
                                                          P.O. BOX 562
                                                          PHILADELPHIA, PA 19105
                                                          PRO SE

                                                          **BERNARD L. SIEGEL**
                                                          1515 MARKET STREET
                                                          SUITE 1915
                                                          PHILA, PA 19102
                                                          FAX 215-751-1013
                                                          Fax: FAX 215-751-1013
                                                          Email: blsesq@snip.net
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          Designation: CJA Appointment

                                                          **HENRY S. HILLES, III**
                                                          509 SWEDE STREET
                                                          NORRISTOWN, PA 19401
                                                          610-270-8800
                                                          Email: hilles@comcast.net
                                                          *TERMINATED: 04/26/2006*
                                                          Designation: CJA Appointment

**Pending Counts**                        **Disposition**

21:846 - CONSPIRACY TO DISTRIBUTE
CONTROLLED SUBSTANCEs
(1)

21:846 CONSPIRACY TO DISTRIBUTE           IMPRISONMENT 37 MONTHS,
CONTROLLED SUBSTANCES                     SUPERVISED RELEASE 3 YEARS, SPECIAL
(1s)                                      ASSESSMENT $600.00

21:963 - CONSPIRACY TO IMPORT
CONTROLLED SUBSTANCES
(2)

Case 3:08-cr-07002-IEG   Document 3   Filed 01/15/2008   Page 5 of 45

21:963 CONSPIRACY TO IMPORT
CONTROLLED SUBSTANCES
(2s)

IMPRISONMENT 37 MONTHS,
SUPERVISED RELEASE 3 YEARS, SPECIAL
ASSESSMENT $600.00

21:331(a),333(a)(2) - INTRODUCTION OF
MISBRANDED DRUGS INTO INTERSTATE
COMMERCE; 18:2 AIDING & ABETTING
(4)

18:371 CONSPIRACY TO INTRODUCE
MISBRANDED DRUGS INTO INTERSTATE
COMMERCE
(4s-5s)

IMPRISONMENT 37 MONTHS,
SUPERVISED RELEASE 3 YEARS, SPECIAL
ASSESSMENT $600.00

21:331(a),353(b)(1) - INTRODUCTION OF
MISBRANDED DRUGS INTO INTERSTATE
COMMERCE; 18:2 AIDING & ABETTING
(5)

18:1956(h) - CONSPIRACY TO COMMIT
MONEY LAUNDERING
(6)

18:1956(h) CONSPIRACY TO COMMIT
MONEY LAUNDERING
(6s)

IMPRISONMENT 37 MONTHS,
SUPERVISED RELEASE 3 YEARS, SPECIAL
ASSESSMENT $600.00

18:1956(a)(1)(A)(i) - PROMOTIONAL MONEY
LAUNDERING; 18:2 AIDING & ABETTING
(27-28)

18:1956(a)(1)(A)(i) PROMOTIONAL MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(27s)

IMPRISONMENT 37 MONTHS,
SUPERVISED RELEASE 3 YEARS, SPECIAL
ASSESSMENT $600.00

18:1956(a)(1)(A)(i) PROMOTIONAL MONEY
LAUNDERING; 18:2 AIDING AND
ABETTING
(28s)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                       **Disposition**

None

**Movant**

**JOHN SHIFFMAN**
*TERMINATED: 07/10/2006*

represented by **JEFFREY G. WEIL**
DECHERT, PRICE & RHOADS
1717 ARCH STREET
4000 BELL ATLANTIC TOWER
PHILA, PA 19103-2793
TEL 215-994-2749
Fax: FAX 215-994-2222
*TERMINATED: 07/10/2006*
*LEAD ATTORNEY*
*Designation: Retained*

---

**Plaintiff**

**USA**

represented by **BARBARA J. COHAN**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILA, PA 19106-4476
TEL 215-861-8415
Fax: FAX 215-861-8618
*TERMINATED: 02/23/2006*
*LEAD ATTORNEY*

**BEA WITZLEBEN**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST.
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8680
Email: bea.witzleben@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**FRANK R. COSTELLO**
UNITED STATES ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8442
Email: frank.costello@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JAMES R. PAVLOCK**
U.S. ATTORNEY'S OFFICE
615 CHESTNUT STREET
PHILADELPHIA, PA 19106
Email: james.pavlock@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 3:08-cr-07002-IEG    Document 3    Filed 01/15/2008    Page 7 of 45

WENDY A. KELLY
UNITED STATES ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8447
Fax: 215-861-8497
Email: wendy.kelly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2005 | 1 | SEALED INDICTMENT as to BRIJ BHUSHAN BANSAL (1) count(s) 1, 2, 3, 4, 5, 6, 7-10, 11-13, 14-16, 17-21, 22-26, 27-28, AKHIL BANSAL (2) count(s) 1, 2, 3, 4, 5, 6, 7-10, 11-13, 14-16, 17-21, 22-26, 27-28, 29, 30-37, 38-39, 40-41, 42-44, JULIE AGARWAL (3) count(s) 1, 2, 4, 5, YATINDRA KUMAR AGARWAL (4) count(s) 1, 2, 4, 5, HIMANSHU KULSHRESTHA (5) count(s) 1, 2, 4, 5, ATUL VIJAYKUMAR PATIL (6) count(s) 1, 2, 4, 5, 6, 42-44, SANJEEV ANANT SRIVASTAV (7) count(s) 1, 2, 4, 5, 6, 38-39, JITENDRA ARORA (8) count(s) 1, 2, 4, 5, 6, 7-10, KEVIN ATKINSON (9) count(s) 1, 2, 4, 5, 6, VICTOR DEVORE (10) count(s) 1, 2, 4, 5, 6, 22-26, TOM PETERS (11) count(s) 1, 2, 4, 5, 6, 11-13, 14-16, KELLY ANN COUCHMAN (12) count(s) 6, 11-13, 14-16, MATTHEW JOSEPH MELAO (13) count(s) 1, 2, 4, 5, 6, 27-28, CHRISTOPHER GEOFF LAINE (14) count(s) 1, 2, 4, 5, 6, 27-28, WILLIAM RANDALL REED (15) count(s) 1, 2, 5, ROHN WALLACE (16) count(s) 6, 17-21, RICHARD DABNEY (17) count(s) 1, 2. (cmcsl, ) (Entered: 04/07/2005) |
| 04/06/2005 | 14 | MOTION & ORDER FOR ISSUANCE OF BENCH WARRANT AS TO MATTHEW JOSEPH MELAO . Signed by Judge M. FAITH ANGELL on 4/6/05.4/7/05 Entered. (cmcsl) (Entered: 04/07/2005) |
| 04/06/2005 | 19 | MOTION & ORDER TO SEAL CASE AS TO BRIJ BHUSHAN BANSAL, ET AL, UNTIL NOTIFIED BY AUSA, ETC. Signed by Judge M. FAITH ANGELL on 4/6/05.4/7/05 Entered. (cmcsl) (Entered: 04/07/2005) |
| 04/14/2005 | 20 | ORDER FOR POST-INDICTMENT RESTRAINING ORDER-FOREIGN BANK ACCOUNTS- AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY . Signed by Judge PAUL S. DIAMOND on 4/14/05.4/14/05 Entered. (jczsl, ) (Entered: 04/14/2005) |
| 04/14/2005 | 21 | ORDER FOR POST-INDICTMENT RESTRAINING ORDER-DOMESTIC BANK ACCOUNTS- AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY . Signed by Judge PAUL S. DIAMOND on 4/14/05.4/14/05 Entered. (jczsl, ) (Entered: 04/14/2005) |
| 04/14/2005 | 22 | MOTION AND ORDER TO SEAL DOCUMENT'S #20 AND #21 AS TO BRIJ |

BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. . Signed by Judge PAUL S. DIAMOND on 4/14/05.4/14/05 Entered. (jczsl, ) (Entered: 04/14/2005)

| 04/20/2005 | 🌐29 | RESTRAINING ORDER OF 4/20/05 AS TO BRIJ BHUSHAN BANSAL, ET AL, THEIR AGENTS, SERVANTS, EMPLOYEES, ATTORNEYS, FAMILY MEMBERS AND THOSE PERSONS IN ACTIVE CONCERT OR PARTICIPATION WITH THEM, AND THOSE PERSONS OR OTHER ENTITIES WHO HAVE ANY INTEREST OR CONTROL OVER THE PROPERTY ARE HEREBY RESTRAINED, ENJOINED, AND PROHIBITED, WITHOUT PRIOR APPROVAL OF THIS COURT AND UPON NOTICE TO THE UNITED STATES AND AN OPPORTUNITY OF THE UNITED STATES TO BE HEARD, FROM ATTEMPTING OR COMPLETING ANY ACTION THAT WOULD AFFECT THE AVAILABILITY OR VALUE OF A. ANY PROPERTY USED, OR INTENDED TO BE USED, IN ANY MANNER OR PART, TO COMMIT, OR TO FACILITATE THE COMMISSION OF VIOLATIONS OF TITLE 21, U.S.C. 846, 963, 848; B. ANY INTEREST IN, CLAIMS AGAINST, AND PROPERTY OR CONTRADTUAL RIGHTS AFFORDING A SOURCE OF CONTROL OVER, THE CONTINUING CRIMINAL ENTERPRISE; INCLUGIN, BUT NOT LIMITED TO, SELLING OR TRANSFERRING, OR IN ANY WAY DIMINISHING THE VALUE OF, ALL OR ANY PART OF THEIR INTEREST, DIRECT OR INDIRECT, IN THE DOMAIN NAMES IDENTIFIED IN ATTACHMENT A. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 4/20/05 ENTERED AND COPY GIVEN TO COUNSEL. (DT) (Entered: 04/20/2005) |
| 04/20/2005 | 🌐30 | ORDER TO SEAL AND UNSEAL INDICTMENT AS TO BRIJ BHUSHAN BANSAL, ET AL, THAT THE WITHIN INDICTMENT IS UNIMPOUNDED FOR THE PURPOSE OF PRODUCING COPIES OF THE INDICTMENT AT THE INITIAL APPEARANCE OF ANY DEFENDANT CHARGED IN THIS INDICTMENT. IT IS FURTHER ORDERED THAT FOLLOWING THE INITIAL APPEARANCE OF ANY DEFENDANT THAT IS ARRESTED, THE INDICTMENT AND ACCOMPANYING DOCKET PAPERS BE RE-IMPOUNDED AND RETAINED IN THE CUSTODY OF THE CLERK OF COURT UNTIL NOTIFIED BY THE UNITED STATES ATTORNEY THAT ALL OF THE DEFENDANTS NAMED IN THE INDICTMENT HAVE BEEN ARRESTED. THE CLERK OF COURT IS DIRECTED TO MAKE NO PUBLIC DOCKET ENTRY OF THE SEALED DOCUMENTS AND MOTION AND ORDER TO UNSEAL AND RE-IMPOUND. SIGNED BY JUDGE THOMAS J. RUETER. 4/20/05 ENTERED AND COPY GIVEN TO COUNSEL. (DT) (Entered: 04/20/2005) |
| 04/20/2005 | 🌐31 | Letter from AUSA Unsealing Indictment as to BRIJ BHUSHAN BANSAL, ET AL. (dtsl, ) Modified on 4/26/2005 (cmc). (Entered: 04/20/2005) |
| 04/20/2005 | 🌐 | INDICTMENT UNSEALED as to BRIJ BHUSHAN BANSAL, Et Al, (dtsl, ) Modified on 4/26/2005 (cmc). (Entered: 04/20/2005) |
| 04/29/2005 | 🌐42 | Rule 5(c)(3) Documents Received as to MATTHEW JOSEPH MELAO. (jcz, ) (Entered: 04/29/2005) |
| 04/29/2005 | 🌐 | Arrest on 4/19/05 of MATTHEW JOSEPH MELAO in the Norther District of TEXAS. (jcz, ) (Entered: 04/29/2005) |
| 05/02/2005 | 🌐44 | MOTION for Speedy Trial , TO HAVE CAPTIONED CASE DECLARED COMPLEX |

| | | AND FOR A *SPECIAL LISTING* by USA as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. (COHAN, BARBARA) (Entered: 05/02/2005) |
|---|---|---|
| 05/02/2005 | ⊛50 | ORDER FOR SPEEDY TRIAL DELAY: AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY RE: 44 MOTION for Speedy Trial. . Signed by Judge PAUL S. DIAMOND on 5/2/05.5/3/05 Entered and Copies Mailed, E-Mailed. (jh, ) (Entered: 05/03/2005) |
| 05/03/2005 | ⊛51 | ORDER TO CONTINUE - ENDS OF JUSTICE PURSUANT TO 18 U.S.C. SECTION 3161(h)(8)(A) AS TO BRIJ BHUSHAN BANSAL, ET AL, THAT CASE CANNOT PROCEED TO TRIAL/DISPOSITION AND MUST BE CONTINUED AS CASE AS A WHOLE IS UNUSUAL AND COMPLEX DUE TO NUMBER OF DEFTS AND NATURE OF PROSECUTION, CASE IS ORDERED CONTINUED. Signed by Judge PAUL S. DIAMOND on 5/3/05.5/4/05 Entered and Copies Mailed and E-Mailed. (cmc) (Entered: 05/04/2005) |
| 05/03/2005 | ⊛52 | ORDER granting 44 MOTION FOR SPEEDY TRIAL AND SPECIAL LISTING as to BRIJ BHUSHAN BANSAL (1), ET AL. FURTHER ORDERED THAT A TRIAL DATE WILL BE SET AFTER COUNSEL HAS BEEN APPOINTED OR RETAINED AND A STATUS CONFERENCE HAS BEEN HELD. Signed by Judge PAUL S. DIAMOND on 5/4/05 MAILED.(cmc) (Entered: 05/04/2005) |
| 05/03/2005 | ⊛53 | ORDER AS TO BRIJ BHUSHAN BANSAL ET AL, THAT CASE IS SO UNUSUAL AND COMPLEX DUE TO NUMBER OF DEFTS, THE NATURE OF PROSECUTION AND NATURE AND QUANTITY OF EVIDENCE, THAT IT IS UNREASONABLE TO EXPECT ADEQUATE PREPARATION FOR PRETRIAL PROCEEDINGS OR FOR TRIAL ITSELF WITHIN THE TIME LIMITS ESTABLISHED BY SPEEDY TRIAL ACT, ETC. Signed by Judge PAUL S. DIAMOND on 5/3/05.5/4/05 Entered and Copies Mailed. (cmc) (Entered: 05/04/2005) |
| 05/10/2005 | | (Court only) ***Procedural Interval start P2 as to SANJEEV ANANT SRIVASTAV, TOM PETERS, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, ROHN WALLACE (cmc) (Entered: 05/12/2005) |
| 05/12/2005 | ⊛57 | Minute Entry for proceedings held before Judge JACOB P. HART. Initial Appearance as to MATTHEW JOSEPH MELAO held on 5/10/05. Government's Motion for Temporary Detention is Granted. Pretrial Detention Hearing and Arraignment set for 5/13/2005 01:30 PM in COURTROOM before MAGISTRATE JUDGE LINDA K. CARACAPPA.Court Reporter ESR.(dt, ) (Entered: 05/12/2005) |
| 05/12/2005 | ⊛58 | ORDER OF TEMPORARY DETENTION of 5/10/05 AS TO MATTHEW JOSEPH MELAO THAT A DETENTION HEARING IS SET FOR MAY 13, 2005 AT 1:30PM BEFORE THE HONORABLE LINDA K. CARACAPPA. PENDING THIS HEARING THE DEFENDANT SHALL BE HELD IN THE CUSTODY OF THE U.S. MARSHAL AND PRODUCED FOR THE HEARING. SIGNED BY JUDGE JACOB P. HART. 5/12/05 ENTERED. (DT) (Entered: 05/12/2005) |

| 05/16/2005 | ⚫77 | NOTICE OF ATTORNEY APPEARANCE: HENRY S. HILLES, III appearing for MATTHEW JOSEPH MELAO. (jcz, ) (Entered: 05/17/2005) |
|---|---|---|
| 05/16/2005 | ⚫78 | Minute Entry for proceedings held before Judge JACOB P. HART: Arraignment as to MATTHEW JOSEPH MELAO (13) Count 1,2,4,5,6,27-28 held on 5/13/2005. Detention Hearing as to MATTHEW JOSEPH MELAO held on 5/13/2005. Plea entered by MATTHEW JOSEPH MELAO Not Guilty on ALL COUNTS. No bail is set- deft. detained pending trial upon stipulation. Court Reporter ESR.(jcz, ) (Entered: 05/17/2005) |
| 05/16/2005 | ⚫79 | MOTION AND ORDER OF PRETRIAL DETENTION AS TO MATTHEW JOSEPH MELAO, THAT THE DEFT. BE DETAINED PENDING TRIAL AND THAT HE BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT, ETC. . Signed by Judge LINDA K. CARACAPPA on 5/13/05.5/17/05 Entered. (jcz, ) (Entered: 05/17/2005) |
| 05/17/2005 | ⚫72 | CJA 20 APPOINTMENT OF ATTORNEY HENRY S. HILLES, III FOR MATTHEW JOSEPH MELAO . Signed by Judge JACOB P. HART on 5/10/05.5/17/05 Entered. (ke) (Entered: 05/17/2005) |
| 06/16/2005 | ⚫119 | ORDER AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT A SCHEDULING CONFERENCE WILL BE HELD ON 7/7/2005 AT 08:30 AM IN A COURTROOM TO BE DETERMINED. ALL COUNSEL OF RECORD SHALL REPORT WITH ANY PERSONAL MATERIALS NECESSARY FOR SCHEDULING A TRIAL AND ALL RELEVANT DATES, ETC. Signed by Judge PAUL S. DIAMOND on 6/15/05.6/16/05 Entered and Copies Mailed, E-Mailed. (ke) (Entered: 06/16/2005) |
| 06/27/2005 | ⚫129 | BENCH Warrant Returned Executed on 5/9/05. in case as to MATTHEW JOSEPH MELAO. (dt, ) (Entered: 06/28/2005) |
| 07/07/2005 | ⚫141 | ORDER AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY JURY TRIAL SET FOR 2/14/2006 09:30 AM IN COURTROOM BEFORE HONORABLE PAUL S. DIAMOND.. Signed by Judge PAUL S. DIAMOND on 7/7/05.7/8/05 Entered and Copies Mailed, E-Mailed.(dt, ) (Entered: 07/08/2005) |
| 07/07/2005 | ⚫142 | SCHEDULING ORDER OF 7/7/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THE ABOVE CAPTIONED CASE IS SPECIALLY LISTED FOR TRIAL ON TUESDAY, FEBRUARY 14, 2006 AT 9:30AM. ETC. DISCOVERY DUE BY 12/1/2005. MOTIONS DUE BY 1/9/2006. JURY INSTRUCTIONS 1/31/2006. ETC. VOIR DIRE QUESTIONS DUE 1/31/2006. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 7/8/05 ENTERED AND |

| | | |
|---|---|---|
| | | COPIES MAILED AND E-MAILED. (DT) (Entered: 07/08/2005) |
| 07/13/2005 | | (Court only) ***Excludable started XT as to AKHIL BANSAL, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY: (cmc) (Entered: 07/13/2005) |
| 07/20/2005 | 🌐152 | First MOTION to Revoke *Order of Detention* by MATTHEW JOSEPH MELAO. (HILLES, HENRY) (Entered: 07/20/2005) |
| 08/12/2005 | 🌐177 | NOTICE OF HEARING as to MATTHEW JOSEPH MELAO Bail Hearing set for 8/17/2005 02:00 PM in COURTROOM 15A before HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 08/12/2005) |
| 08/16/2005 | 🌐180 | MOTION for PRETRIAL DETENTION *, Memorandum in Support thereof, proposed order and certificate of service* by USA as to MATTHEW JOSEPH MELAO. (COSTELLO, FRANK) (Entered: 08/16/2005) |
| 08/17/2005 | 🌐183 | Minute Entry for proceedings held before Judge PAUL S. DIAMOND. Bail Status Hearing as to MATTHEW JOSEPH MELAO held on 8/17/2005. The Court Grants Defendant's Motion for Revocation of the Pre-Trial Detention Order. Bail is Set at $50,000 Cash or Property of equal value. The Defendant must live in the City of pHiladelphia unless at a later time to the government's satisfaction, finds residence in another district. The Defendant will be under house arrest and be subjected to electronic moinitoring. The Defendant will report to pretrial services daily. The Defendant shall not possess or attempt to possess a passport. The Defendant shall not use or gain access to the internet.Court Reporter ESR.(DT) (Entered: 08/17/2005) |
| 08/17/2005 | 🌐185 | ORDER OF 8/17/05 THAT AFTER CONDUCTING AN EVIDENTIARY HEARING AND CONSIDERING ARGUMENTS OF COUNSEL, IT IS HEREBY ORDERED THAT THE GOVERMENT'S MOTION TO CONTINUE DEFENDANTS' PRETRIAL DETENTION IS DENIED. IT IS FURTHER ORDERED THAT DEFENDANT'S MOTION FOR REVOCATION OF ORDER OF DETENTION IS GRANTED WITH THE FOLLOWING CONDITIONS: 1. BAIL IS SET AT $50,000.00 CASH OR PROPERTY. ANY INDIVIDUAL POSTING PROPERTY ON BEHALF OF THE DEFENDANT MUST DEMONSTRATE THAT (A) HE OR SHE OWNS THE PROPERTY POSTED AND (B) HIS OR HER EQUITY IN THE PROPERTY IS VALUED AT $50,000 OR MORE. DEFENDANT MUST LIVE IN THE CITY OF PHILADELPHIA. THIS CONDITION IS SUBJEC TTO CHANGE IF A CLOSE RELATIVE ELSEWHERE IN THE COUNTRY VOUCHES FOR DEFENDANT AND AGREES TO HAVE DEFENDANT LIVE WITH HIM OR HER. DEFENDANT IS UNDER HOUSE ARREST AND IS SUBJECT TO ELECTRONIC MONITORING. DEFENDANT MUST REPORT TO PRE-TRIAL SERVICES EVERY DAY IN PERSON OR OTHERWISE, AS DIRECTED BY THAT AGENCY. DEFENDANTMUST SURRENDER HIS PASSPORT. DEFENDANT MUST NOT USE THE INTERNET. SIGNED BY JUDGE PAUL S. DIAMOND. 8/17/05 ENTERED AND COPIES E-MAILED. (DT) (Entered: 08/17/2005) |
| 09/19/2005 | 🌐197 | MOTION to Unseal Document *SEARCH WARRANT AND AFFIDAVIT AND RETURN and CERTIFICATE OF SERVICE* by USA as to AKHIL BANSAL, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. |

|  |  | (PAVLOCK, JAMES) (Entered: 09/19/2005) |
|---|---|---|
| 09/19/2005 | 🌐198 | MOTION to Unseal Document *AFFIDAVIT, SEARCH WARRANT AND RETURN and CERTIFICATE OF SERVICE* by USA as to AKHIL BANSAL, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. (PAVLOCK, JAMES) (Entered: 09/19/2005) |
| 09/22/2005 | 🌐204 | ORDER OF 9/22/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT THE SEARCH WARRANT AND AFFIDAVIT IN SUPPORT OF THE SEARCH WARRANT, AND THE SEARCH WARRANT RETURN, AT DOCKET NO. 04-897-M ARE HEREBY UNIMPOUNDED. SIGNED BY JUDGE PAUL S. DIAMOND. 9/22/05 ENTERED AND COPIES MAILED. (DT) (Entered: 09/22/2005) |
| 09/22/2005 | 🌐205 | ORDER OF 9/22/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT THE SEARCH WARRANT AND AFFIDAVIT IN SUPPORT OF THE SEARCH WARRANT, AND THE SEARCH WARRANT RETURN, AT DOCKET NO. 05-416-M ARE HEREBY UNIMPOUNDED. SIGNED BY JUDGE PAUL S. DIAMOND. 9/22/05 ENTERED AND COPIES MAILED. (DT) (Entered: 09/22/2005) |
| 09/22/2005 | 🌐206 | ORDER OF 9/22/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT THE SEARCH WARRANT AND AFFIDAVIT IN SUPPORT OF THE SEARCH WARRANT, AND THE SEARCH WARRANT RETURN, AT DOCKET 05-322-M ARE HEREBY UNIMPOUNDED. SIGNED BY JUDGE PAUL S. DIAMOND. 9/22/05 ENTERED AND COPIES MAILED. (DT) (Entered: 09/22/2005) |
| 09/22/2005 | 🌐207 | ORDER OF 9/22/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT THE SEARCH WARRANT AND AFFIDAVIT IN SUPPORT OF THE SEARCH WARRANT, AND THE SEARCH WARRANT RETURN, AT DOCKET NO. 05-223M ARE HEREBY UNIMPOUNDED. SIGNED BY JUDGE PAUL S. DIAMOND. 9/22/05 ENTERED AND COPIES MAILED. (DT) (Entered: 09/22/2005) |
| 09/22/2005 | 🌐208 | ORDER OF 9/22/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL |

| | | VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT THE SEARCH WARRANT AND AFFIDAVIT IN SUPPORT OF THE SEARCH WARRANT, AND THE SEARCH WARRANT RETURN, AT DOCKET NO. 05-32M ARE HEREBY UNIMPOUNDED. SIGNED BY JUDGE PAUL S. DIAMOND. 9/22/05 ENTERED AND COPIES MAILED. (DT) (Entered: 09/22/2005) |
|---|---|---|
| 09/22/2005 | ⊕209 | ORDER OF 9/22/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT THE SEARCH WARRANT AND AFFIDAVIT IN SUPPORT OF THE SEARCH WARRANT, AND THE SEARCH WARRANT RETURN, AT DOCKET NO. 5-199M ARE HEREBY UNIMPOUNDED. SIGNED BY JUDGE PAUL S. DIAMOND. 9/22/05 ENTERED AND COPIES MAILED. (DT) (Entered: 09/22/2005) |
| 09/22/2005 | | (Court only) ***Motions terminated as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY: 197 MOTION to Unseal Document filed by USA,, 198 MOTION to Unseal Document filed by USA,. (dt, ) (Entered: 09/22/2005) |
| 10/20/2005 | ⊕231 | MOTION OF PRO SE DEFENDANT MATTHEW MELAO TO DISMISS COURT-APPOINTED COUNSEL. (DT) (Entered: 10/20/2005) |
| 10/25/2005 | ⊕234 | NOTICE OF HEARING as to MATTHEW JOSEPH MELAO Motion Hearing set for 10/28/2005 02:00 PM in COURTROOM 12A before the HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 10/25/2005) |
| 10/28/2005 | ⊕235 | Minute Entry for proceedings held before Judge PAUL S. DIAMOND Motion Hearing as to MATTHEW JOSEPH MELAO held on 10/28/2005 re 231 MOTION to Dismiss Counsel, Court addresses Deft, questions both sides of counsel. Court Reporter ESR. (cmc) (Entered: 10/31/2005) |
| 10/28/2005 | ⊕237 | ORDER OF 10/28/05 AS TO MATTHEW MALEO THAT THE DEFENDANT'S MOTION TO DISMISS COUNSEL (DOC. 231) IS HEREBY DENIED FOR THE REASONS SET FORTH IN OPEN COURT. SIGNED BY JUDGE PAUL S. DIAMOND. 10/31/05 ENTERED AND COPIES MAILED AND E-MAILED. (DT) Additional attachment(s) added on 10/31/2005 (dt, ). (Entered: 10/31/2005) |
| 11/14/2005 | ⊕238 | Copy of Order Dated 10/28/05 returned from the U.S. Postal Service as to DEFENDANT MATTHEW JOSEPH MELAO. (DT) (Entered: 11/14/2005) |
| 11/14/2005 | ⊕239 | MOTION OF PRO SE DEFENDANT MATTHEW JOSEPH MELAO TO RECONSIDER MOTION TO DISMISS COURT-APPOINTED COUNSEL AND MOTION TO SUPPRESS PRIOR STATEMENTS AND DERIVATIVE USE OF EVIDENCE. (DT) Modified on 11/16/2005 (dt, ). (Entered: 11/16/2005) |
| 11/23/2005 | ⊕245 | Petition to Withdraw as Attorney by Henry S. Hilles, III. by MATTHEW JOSEPH |

| | | MELAO. (HILLES, HENRY) Modified on 11/25/2005 (np). (Entered: 11/23/2005) |
|---|---|---|
| 11/25/2005 | ●247 | RESPONSE to Motion by USA as to MATTHEW JOSEPH MELAO re 239 MOTION for Reconsideration re 237 Order on Motion to Dismiss, *CERTIFICATE OF SERVICE* filed by USA (COSTELLO, FRANK) (Entered: 11/25/2005) |
| 11/28/2005 | ●248 | NOTICE OF HEARING as to MATTHEW JOSEPH MELAO Motion Hearing set for 12/8/2005 10:50 AM in COURTROOM 6B before the HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 11/28/2005) |
| 12/06/2005 | ●251 | Pro Se Defendant Matthew Melao's Response to Government's response to Defendant's Motion for Reconsideration of Motion to Dismiss Court-Appointed Counsel. (dt) (Entered: 12/06/2005) |
| 12/08/2005 | ●255 | ORDER AS TO MATTHEW JOSEPH MELAO, THAT AFTER CONDUCTING AN EVIDENTIARY HEARING AND CONSIDERING ARGUMENTS OF COUNSEL, IT IS HEREBY ORDERED THAT DEFT'S PRO SE MOTION TO RECONSIDER MOTION TO DISMISS COURT-APPOINTED COUNSEL 239 , AND ATTORNEY HENRY HILLES'S MOTION TO WITHDRAW ARE HEREBY DENIED FOR THE REASONS SET FORTH ON THE RECORD. IT IS FURTHER ORDERED THAT DEFT'S REQUEST TO REPRESENT HIMSELF PRO SE IS GRANTED, ETC. . Signed by Judge PAUL S. DIAMOND on 12/8/05.12/8/05 Entered and Copies Mailed, E-Mailed. (jcz, ) (Entered: 12/08/2005) |
| 12/12/2005 | ●258 | Minute Entryfor proceedings held before Judge PAUL S. DIAMOND: Motion Hearing as to MATTHEW JOSEPH MELAO held on 12/8/2005 Re 239 MOTION for Reconsideration re 237 Order on Motion to Dismiss, filed by MATTHEW JOSEPH MELAO. Deft. sworn. The Coyurt addresses questions to the Deft., Henry Hilles, and Frank Costello. The Court colloquies the deft. on proceeding pro se. The deft. excercises his option to continue pro se. Henry Hilles is retained as stand-by counsel.Court Reporter esr.(jcz, ) (Entered: 12/12/2005) |
| 12/13/2005 | ●260 | MOTION OF PRO SE DEFENDANT MATTHEW MELAO FOR NOTICE OF INTENT TO USE EVIDENCE OR PRIOR ACTS OR CONVICTIONS OF THE DEFENDANT. (DT) (Entered: 12/13/2005) |
| 12/14/2005 | 261 | (Court only) Document sealed as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY (dt) (Entered: 12/14/2005) |
| 12/14/2005 | 262 | (Court only) Document sealed as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY (dt) (Entered: 12/14/2005) |
| 12/19/2005 | ●266 | MOTION OF PRO SE DEFENDANT REQUESTING JUDGE TO RECUSE HIMSELF VOLUNTARILY, BRIEF IN SUPPORT, CERTIFICATE OF SERVICE. (DT) (Entered: 12/19/2005) |
| 12/21/2005 | ●269 | OMNIBUS MOTION OF PRO SE DEFENDANT MATTHEW JOSEPH MELAO FOR PRE-TRIAL HEARING AS TO THE EXISTENCE OF THE CONSPIRACY, FOR |

|  |  | GOVERNMENT AGENTS TO RETAIN ROUGH NOTES AND WRITINGS, TO JOIN ALL MOTIONS FILED BY CO-DEFENDANTS, FOR AN ORDER REQUIRING GOVERNMENT TO PRODUCE GOVERNMENT WITNESSES SO THAT DEFENSE COUNSEL CAN INTERVIEW THEM, FOR NAMES AND ADDRESSES OF WITNESSES AND INFORMANTS FOR EARLY DISCLOSURE OF JENCK'S ACT MATERIAL, TO TRANSCRIBE GRAND JURY MINUTES, FOR PRODUCTION OF INTERVIEW REPORTS WITH INDIVIDUALS WHO WILL NOT BE PERMITTED AS WITNESSES AT TRIAL, TO PRODUCE GRAND JURY TRANSCRIPT AND GRAND JURY INFORMATION, MEMORANDUM OF LAW, CERTIFICATE OF SERVICE. (DT) (Entered: 12/21/2005) |
|---|---|---|
| 12/21/2005 | ⊕270 | Letter from the UNITED STATES OF AMERICA to The HONORABLE PAUL S. DIAMOND. RE: DISCOVERY MATERIALS as to MATTHEW JOSEPH MELAO. (dt) (Entered: 12/21/2005) |
| 12/21/2005 | ⊕271 | RESPONSE in Opposition re 266 MOTION for Recusal , *CERTIFICATE OF SERVICE* filed by USA (COSTELLO, FRANK) (Entered: 12/21/2005) |
| 12/21/2005 | ⊕272 | AMENDED SCHEDULING ORDER OF 12/21/05 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, TOM PETERS, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT JURY TRIAL SET FOR 2/14/2006 09:30 AM IN COURTROOM BEFORE HONORABLE PAUL S. DIAMOND. MOTIONS DUE BY 1/5/2006. JURY INSTRUCTIONS DUE BY 1/24/2006. VOIR DIRE QUESTIONS DUE BY 1/24/2006. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 12/22/05 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 12/22/2005) |
| 12/22/2005 | ⊕273 | ORDER OF 12/22/05 AS TO MATTHEW MALAO THAT UPON CONSIDERATION OF DEFENDANT'S MOTION REQUESTING JUDGE TO RECUSE HIMSELF (DOC. NO. 266), THE GOVERNMENT'S RESPONSE (DOC. NO. 271), AND ANY RELATED SUBMISSIONS, IT IS HEREBY ORDERED TAHT DEFENDANT'S MOTION IS DENIED. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 12/22/05 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 12/22/2005) |
| 12/29/2005 | ⊕278 | MOTION OF PRO SE DEFENDANT MATTHEW MELAO FOR CONTINUANCE OF DEADLINE FOR THE FILING OF MOTIONS. (DT) (Entered: 12/29/2005) |
| 12/29/2005 | ⊕279 | MOTION OF PRO SE DEFENDANT MATTHEW MELAO FOR PRODUCTION FO COPIES OF ALL SUBPOENAS, SEARCH WARRANTS AND OTHER DOCUMENTS. (DT) (Entered: 12/29/2005) |
| 12/29/2005 | ⊕280 | BRIEF AND MOTION OF PRO SE DEFENDANT MATTHEW MELAO TO SUPPRESS ALL ELECTRONIC EVIDENCE DERIVED FROM ILLEGAL SEARCH & SEIZURE OF STORED ELECTRONIC COMMUNICATION. (DT) (Entered: 12/29/2005) |
| 12/30/2005 | ⊕281 | Letter from Atty WILLIAM SPADE dated 12/29/05 to JUDGE DIAMOND as to MATTHEW JOSEPH MELAO re: CJA representation of Deft. (cmc) (Entered: 01/03/2006) |
| 01/03/2006 | ⊕283 | PRO SE MOTION FOR PRODUCTION OF COPIES OF ALL SUBPOENAS, SEARCH WARRANTS AND OTHER DOCUMENTS BY MATTHEW JOSEPH MELAO. (jcz, ) (Entered: 01/03/2006) |

| 01/04/2006 | 🌐285 | SUPPLEMENTAL MOTION BY PRO SE DEFENDANT MATTHEW MELAO TO SUPPRESS PHYSICAL EVIDENCE, BRIEF IN SUPPORT, CERTIFICATE OF SERVICE. (DT) (Entered: 01/04/2006) |
|---|---|---|
| 01/04/2006 | 🌐288 | SUPERSEDING INDICTMENT as to BRIJ BHUSHAN BANSAL (1) count(s) 1s, 3s, 4s-5s, 6s, 7s-10s, 11s-13s, 14s-16s, 17s-21s, 22s-28s, AKHIL BANSAL (2) count (s) 1s, 2s, 3s, 4s-5s, 6s, 7s-10s, 11s-13s, 14s-16s, 17s-21s, 22s-28s, 29s, 30s-37s, 38s-39s, 40s-41s, 42s-44s, JULIE AGARWAL (3) count(s) 1s, 2s, 4s-5s, YATINDRA KUMAR AGARWAL (4) count(s) 1s, 2s, 4s-5s, HIMANSHU KULSHRESTHA (5) count(s) 1s, 2s, 4s-5s, ATUL VIJAYKUMAR PATIL (6) count(s) 1s, 2s, 4s-5s, 6s, 42s-44s, SANJEEV ANANT SRIVASTAV (7) count(s) 1s, 2s, 4s-5s, 6s, 38s-39s, JITENDRA ARORA (8) count(s) 1s, 2s, 4s-5s, 6s, 7s-10s, KEVIN ATKINSON (9) count(s) 1s, 2s, 4s-5s, 6s, VICTOR DEVORE (10) count(s) 1s, 2s, 4s-5s, 6s, 22s-26s, FRED MULLINIX (11) count(s) 1s, 2s, 4s-5s, 6s, 11s-13s, 14s-16s, KELLY ANN COUCHMAN (12) count(s) 6s, 11s-13s, 14s-16s, MATTHEW JOSEPH MELAO (13) count(s) 1s, 2s, 4s-5s, 6s, 27s-28s, CHRISTOPHER GEOFF LAINE (14) count(s) 1s, 2s, 4s-5s, 6s, 27s-28s, WILLIAM RANDALL REED (15) count(s) 1s, 2s, 5s, ROHN WALLACE (16) count(s) 6s, 17s-21s, RICHARD DABNEY (17) count(s) 1s, 2s, 4s. (dt) (Entered: 01/04/2006) |
| 01/05/2006 | 🌐299 | MOTION to Admit *Other Acts Under Rule 404(b)* by USA as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. (COSTELLO, FRANK) (Entered: 01/05/2006) |
| 01/05/2006 | 🌐300 | MOTION in Limine *For A Determination That Records Qualify As Business Records Under Federal Rule of Evidence 803(6) and are Admissible As Certified Pursuant to F.R.E 902(11) and Title 18, U.S.C. Section 3505* by USA as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. (COSTELLO, FRANK) (Entered: 01/05/2006) |
| 01/06/2006 | 🌐301 | Exhibits to Government's Motion in Limine for A Determination that Records Qualify as Business Records Under Federal Rule of Evidence 803(6) as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. (dt) (Entered: 01/06/2006) |
| 01/11/2006 | 🌐314 | RESPONSE to Motion by USA as to MATTHEW JOSEPH MELAO re 260 MOTION to Produce, 280 MOTION to Suppress, 285 MOTION to Suppress, 279 MOTION to Produce, 283 MOTION to Produce, 278 MOTION to Continue, 269 MOTION for Hearing MOTION to Retain MOTION to Retain MOTION to Retain MOTION for Joinder MOTION for Joinder MOTION to Produce MOTION to Produce MOTION to Produce MOTION to Produce MOTION FOR NAMES AND ADDRESSES OF WITNESSES AND INFORMANTS MOTION FOR NAMES AND ADDRESSES OF WITNESSES AND INFORMANTS MOTION FOR NAMES AND |

| | | ADDRESSES OF WITNESSES AND INFORMANTS MOTION for Disclosure MOTION for Disclosure MOTION for Disclosure MOTION for Order MOTION for Order MOTION for Order filed by USA (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit)(COSTELLO, FRANK) (Entered: 01/11/2006) |
|---|---|---|
| 01/13/2006 | ⊕328 | NOTICE OF HEARING as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE PRETRIAL MOTIONS HEARING IS SET FOR 1/31/2006 AT 09:00 AM IN COURTROOM 6B BEFORE THE HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 01/13/2006) |
| 01/13/2006 | ⊕333 | ORDER OF 1/13/06 AS TO MATTHEW MELAO THAT UPON CONSIDERATION OF DEFENDANT'S MOTION FOR PRE-TRIAL HEARING AS TO EXISTENCE OF THE CONSPIRACY (DOC. 269, P.9), THE GOVERNMENT'S RESPONSE (DOC. NO. 314, P. 12), AND ANY RELATED SUBMISSIONS, IT IS HEREBY ORDERED AS FOLLOWS: THIS IS A COMPLEX CASE OF ALLEGED CONSPIRACY INVOLVING MULTIPLE DEFENDANTS AND A SUBSTANTIAL AMOUNT OF INTERRELATED TESTIMONY. A HEARING UNDER U.S. VS JAMES ON THE ADMISSIBILITY OF COCONSPIRATOR STATEMENTS WOULD THEREFORE INVOLVE A MINI-TRIAL. DEFENDANT'S MOTION IS DENIED. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 1/17/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 01/17/2006) |
| 01/17/2006 | ⊕330 | RESPONSE to Motion by USA as to AKHIL BANSAL, MATTHEW JOSEPH MELAO re 309 MOTION to Suppress, 280 MOTION to Suppress, 308 MOTION to Suppress, 310 MOTION to Amend/Correct , Cert. of Service. (COSTELLO, FRANK) Modified on 1/18/2006 (cmc). (Entered: 01/17/2006) |
| 01/17/2006 | ⊕339 | ORDER OF 1/17/06 AS TO MATTHEW JOSEPH MELAO THAT DEFENDANT'S MOTION FOR NOTICE OF GOVERNMENT INTENTION TO USE EVIDENCE OR PRIOR ACTS OR CONVICTIONS OF DEFENDANT (DOC. NO. 260) IS DENIED AS MOOT. ETC. DEFENDANT'S MOTION FOR GOVERNMENT AGENTS TO RETAIN ROUGH NOTES AND WRITING (DOC. NO. 269, PP. 10-11) IS DENIED AS MOOT. ETC. DEFENDANT'S MOTION TO JOIN ALL MOTIONS FILED BY CO-DEFENDANTS (DOC. NO. 269, P. 12) IS GRANTED. ORDERS GRANTING OR DENYING MOTIONS FILED BY CO-DEFENDANTS SHALL APPLY TO DEFENDANT. DEFENDANT'S MOTION FOR AN ORDER REQUIRING THE GOVERNMENT TO PRODUCE WITNESSES SO DEFENSE COUNSEL CAN INTERVIEW THEM. (DOC. NO. 269, PP. 13-15) IS DENIED. ETC. DEFENDANT'S MOTION FOR NAMES AND ADDRESSES OF WITNESSES AND INFORMANTS (DOC. NO. 269, PP. 16-23) IS DENIED. DEFENDANT'S MOTION FOR EARLY DISCLOSURE OF JENCK'S ACT MATERIAL (DOC. NO. 269, P. 24) IS GRANTED IN PART AND DENIED IN PART. THE GOVERNMENT SHALL PRODUCE, AT OR BEFORE THE JANUARY 31, 2006 PRE-TRIAL HEARING, ALL JENKCS ACT MATERIAL NECESSARY TO DECIDING DEFENDANTS' MOTION TO SUPPRESS. ETC. DEFENDANT'S MOTION TO TRANSCRIBE GRAND JURY MINUTES (DOC. NO. 269, P. 25) IS DENIED AS MOOT. THE GOVERNMENT HAS PRODUCED ALL NECESSARY GRAND JURY TRANSCRIPTS TO DEFENDANT. ETC. DEFENDANT'S MOTION FOR PRODUCTION OF INTERVIEW REPORTS WITH INDIVIDUALS WHO WILL NOT BE PERMITTED AS TRIAL WITNESSES (DOC. NO. 269 P. 26) IS DENIED. ETC. DEFENDANT'S MOTION TO PRODUCE GRAND JURY TRANSCRIPT AND GRAND JURY INFORMATION (DOC. NO. 269, PP. 27-28) IS DENIED AS MOOT. THE GOVERNMENT HAS PRODUCED ALL NECESSARY |

| | | |
|---|---|---|
| | | GRAND JURY TRANSCRIPTS TO DEFENDANT. DEFENDANT'S MOTION FOR CONTINUANCE OF THE DEADLINE FOR THE FILING OF MOTIONS (DOC. NO. 278) IS GRANTED. DEFENDANT'S MOTION FOR PRODUCTION OF COPIES OF ALL SUBPOEANS, SEARCH WARRANTS AND OTHER DOCUMENTS (DOC. NO. 279) IS DENIED. THE GOVERNMENT HAS DISCLOSED ALL MATERIAL TO WHICH DEFENDANT IS ENTITLED UNDER FRCP 16. ETC. DEFENDANT'S SECOND MOTION FOR PRODUCTION OF COPIES OF ALL SUBPOENAS, SEARCH WARRANTS AND OTHER DOCUMENTS (DOC. NO. 283) IS DENIED. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 1/17/06 ENTERED AND COPIES MAILED BY CHAMBERS. (DT) (Entered: 01/17/2006) |
| 01/17/2006 | | (Court only) ***Motions terminated as to MATTHEW JOSEPH MELAO: 260 MOTION to Produce filed by MATTHEW JOSEPH MELAO,, 269 MOTION for Hearing MOTION to Retain MOTION to Retain MOTION to Retain MOTION for Joinder MOTION for Joinder MOTION for Joinder MOTION to Produce MOTION to Produce MOTION to Produce MOTION FOR NAMES AND ADDRESSES OF WITNESSES AND INFORMANTS MOTION FOR NAMES AND ADDRESSES OF WITNESSES AND INFORMANTS MOTION FOR NAMES AND ADDRESSES OF WITNESSES AND INFORMANTS MOTION for Disclosure MOTION for Disclosure MOTION for Disclosure MOTION for Order MOTION for Order MOTION for Order filed by MATTHEW JOSEPH MELAO,, 283 MOTION to Produce filed by MATTHEW JOSEPH MELAO,, 278 MOTION to Continue filed by MATTHEW JOSEPH MELAO,, 279 MOTION to Produce filed by MATTHEW JOSEPH MELAO. (SEE PAPER #339) (dt) (Entered: 01/17/2006) |
| 01/18/2006 | ⊕340 | ORDER TO CONTINUE - ENDS OF JUSTICE PURSUANT TO 18 U.S.C. SECTION 3161(h)(8)(A) OF 1/18/06 AS TO SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, WILLIAM RANDALL REED, ROHN WALLACE THAT THE COURT FINDS THAT THE ABOVE ACTION CANNOT PROCEED TO TRIAL AND DISPOSITION AND MUST BE CONTINUED BECAUSE THE ABOVE DEFENDANTS HAVE BEEN SEVERED FROM THEIR CO-DEFENDANTS AND WILL PROCEED TO TRIAL AT THE CONCLUSION OF THEIR CO-DEFENDANT'S TRIAL, ON A DATE TO BE DETERMINED BY THE COURT. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 1/18/06 ENTERED AND COPIES E-MAILED AND MAILED. (DT) (Entered: 01/18/2006) |
| 01/19/2006 | ⊕350 | Exhibits to Government's Opposition to Defenadnt Akhil Bansal's Pro Se Motions to Suppress Evidence from Electric Surveillance (docket nos. 308, 309 & 310) and defenadnt Matthew Melao's Pro Se Motion to Suppress Electronic Evidence (docket no. 280). (dt) (Entered: 01/19/2006) |
| 01/19/2006 | ⊕356 | ORDER OF 1/19/06 AS TO MATTHEW MALEO THAT UPON CONSIDERATION OF DEFENDANT'S MOTION TO SUPPRESS ALL EELCTRONIC EVIDENCE DERVIED FROM ILLEGAL SEARCH & SEIZURE OF STORED ELECTRONIC COMMUNICATION (DOC. NO. 280), THE GOVERNMENT'S RESPONSE, IT IS HEREBY ORDERED THAT THE MOTION IS DENIED. SIGNED BY JUDGE PAUL S. DIAMOND. 1/19/06 ENTERED AND COPIES MAILED. (DT) Additional attachment (s) added on 1/20/2006 (dt, ). (Entered: 01/19/2006) |
| 01/23/2006 | ⊕363 | ORDER AS TO BRIJ BHUSHAN BANSAL, ET AL, THAT PAT DUNN OF THE US ATTORNEYS OFFICE E.D.PA. AND DARRIN HOWARD OF FDC- PHILA SHALL APEAR BEFORE THIS COURT ON 1/24/06 4:00 PM TO ANSWER DISCOVERY RELATED QUESTIONS IN THE ABOVE MATTER. Signed by Judge PAUL S. DIAMOND on 1/23/06.1/23/06 Entered and Copies E-Mailed. (cmc) (Entered: 01/23/2006) |

| | | |
|---|---|---|
| 01/25/2006 | ●380 | MOTION for Extension of Time to File *Supplemental Pretrial Motion In Limine Filed January 5, 2006, and Goverment's Motion For A Determination That Additional Records Qualify as Business Records Under Federal Rule of Evidence 803 (6) And Are Admissible As Certified Pursuant To F.R.E. 902(11), CERTIFICATE OF SERVICE* by USA as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. (Attachments: # 1 Attachment A# 2 Attachment B# 3 Attachment C# 4 Attachment D)(COSTELLO, FRANK) (Entered: 01/25/2006) |
| 01/26/2006 | ●387 | ORDER OF 1/26/06 AS TO BRIJ BHUSHAN BANSAL (1), AKHIL BANSAL (2), JULIE AGARWAL (3), YATINDRA KUMAR AGARWAL (4), HIMANSHU KULSHRESTHA (5), SANJEEV ANANT SRIVASTAV (7), JITENDRA ARORA (8), KEVIN ATKINSON (9), VICTOR DEVORE (10), FRED MULLINIX (11), KELLY ANN COUCHMAN (12), MATTHEW JOSEPH MELAO (13), CHRISTOPHER GEOFF LAINE (14), WILLIAM RANDALL REED (15), ROHN WALLACE (16), RICHARD DABNEY (17) THAT UPON CONSIDERATION OF THE GOVERNMENT'S MOTION TO ADMIT EVIDENCE OF OTHER ACTS PURSUANT TO RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE (DOC. NO. 299), THE DEFENDANT'S RESPONSES AND ANY RELATED SUBMISSIONS, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED IN PART AND DENIED IN PART. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 1/27/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 01/27/2006) |
| 01/26/2006 | ●388 | ORDER OF 1/26/06 AS TO BRIJ BHUSHAN BANSAL (1), AKHIL BANSAL (2), JULIE AGARWAL (3), YATINDRA KUMAR AGARWAL (4), HIMANSHU KULSHRESTHA (5), SANJEEV ANANT SRIVASTAV (7), JITENDRA ARORA (8), KEVIN ATKINSON (9), VICTOR DEVORE (10), FRED MULLINIX (11), KELLY ANN COUCHMAN (12), MATTHEW JOSEPH MELAO (13), CHRISTOPHER GEOFF LAINE (14), WILLIAM RANDALL REED (15), ROHN WALLACE (16), RICHARD DABNEY (17); THAT UPON CONSIDERATION OF THE GOVERNMENT'S MOTIONS IN LIMINE MADE PURSUANT TO FEDERAL RULE OF EVIDENCE 104 (DOC. NOS. 300, 380), THE COURT DETERMINES THAT THE GOVERNMENT TRIAL EXHIBITS LISTED IN EXHIBIT A OF THOSE MOTIONS ARE AUTHENTIC AND ARE BUSINESS RECORDS WITHIN THE MEANING OF FEDERAL RULE OF EVIDENCE 803(6), AND ARE PROPERLY CERTIFIED WITHIN THE MEANING OF FEDERAL RULE OF EVIDENCE 902(11) AND 18 U.S.C. 3505. THE COURT FINDS, AS STATED IN THE CERTIFICATIONS OF CUSTODIAN OF RECORDS PROVIDED BY THE GOVERNMENT (DOC. NO. 301), THESE EXHIBITS ARE RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITY WHICH WERE MADE AT OR NEAR THE TIME OF THE ACTIVITY BY, OR FROM INFORMATION TRANSMITTED BY, PERSONS WITH KNOWLEDGE; THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED BUSINESS ACTIVITY; AND IT WAS THE REGULAR PRACTICE OF THE BUSINESSES TO MAKE THESE RECORDS. ACCORDINGLY, SUBJECT TO DETERMINATION OF RELEVANCE, THEY ARE ADMISSIBLE AT TRIAL AND THE GOVERNMENT'S MOTION IS GRANTED. SIGNED BY JUDGE PAUL S. DIAMOND. 1/27/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 01/27/2006) |
| 01/27/2006 | ●389 | ORDER AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR |

|  |  | PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY OF 1/27/06 THAT A HEARING WILL BE HELD ON ALL PENDING PRE-TRIAL MOTIONS JANUARY 31, 2006 AT 9:00AM IN COURTROOM 6B. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 1/27/06. ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 01/27/2006) |
|---|---|---|
| 02/01/2006 | ●394 | Minute Entry of 1/31/06 as to AKHIL BANSAL, SANJEEV SRIVISTAV, KELLY COUCHMAN, MATTHEW MELAO, FRED MULLINEX AND CHRIS LAINE before the HONORABLE PAUL S. DIAMOND. Re: Motion Hearing. Argued All Pending Motions Related to The Trial Which is to Begin on 2/21/06, As Laid Out in Court Order (Doc. 389). Government Calls, Barbara Cohan, Eric Russ, Mark Poag, and Gerald Gobin. Each Defendant is Put Under Direct Examination and Cross Examination. Court Takes Arguments Under Advisement and Will Reconvene on 2/1/06 at 9:15am. Court Reporter: John Stasny, Esr. (dt) (Entered: 02/01/2006) |
| 02/01/2006 | ●396 | Transcript of Hearing as to MATTHEW JOSEPH MELAO held on 12/8/05 before Judge Paul S. Diamond. Court Reporter: John Stasny, Esr. (dt) (Entered: 02/01/2006) |
| 02/01/2006 | ●397 | Transcript of Hearing as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE held on 1/31/06 before Judge Paul S. Diamond. Court Reporter: John Stasny. (dt) (Entered: 02/01/2006) |
| 02/02/2006 | ●399 | NOTICE OF HEARING as to MATTHEW JOSEPH MELAO Motion Hearing set for 2/3/2006 01:00 PM in COURTROOM 6B before the HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 02/02/2006) |
| 02/02/2006 | ●401 | ORDER OF 2/1/06 AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY THAT AN ORAL ARGUMENT SHALL BE HELD ON MONDAY, FEBRUARY 13, 2006 AT 2:00PM ON MONTION NO. 308. AT THE CONCLUSION OF THE ARGUMENT, JUDGE DIAMOND WILL ANNOUNCE HIS FINDINGS AND CONCLUSIONS WITH RESPECT TO ALL OTHER MOTIONS FOR WHICH HEARINGS HAVE BEEN HELD. SIGNED BY JUDGE PAUL S. DIAMOND. 2/2/06 ENTERED AND COPIES MAILED BY CHAMBERS AND E-MAILED. (DT) (Entered: 02/02/2006) |
| 02/02/2006 | ●403 | Minute Entry for proceedings held on 2/1/06 before Judge PAUL S. DIAMOND as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE. RE: All Pending Motions Hearing. Witnesses called and Sworn. Each Defendant is Put Under Direct Examination and Cross-Examination. Court Takes Arguments Under Advisement and Will Reconvene on 2/3/06 at 1:00pm. Court Reporter J. Stasny, Esr. (dt) (Entered: 02/02/2006) |
| 02/02/2006 | ● | Motion Hearing Set n in case as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE 308 MOTION to Suppress, 290 MOTION to Suppress, 293 MOTION to Suppress, 285 MOTION to Suppress, 395 MOTION |

| | | to Suppress MOTION in Limine. MOTION HEARING SET FOR 2/3/2006 01:00 PM IN COURTROOM BEFORE HONORABLE PAUL S. DIAMOND. (see paper #403) (dt) (Entered: 02/02/2006) |
|---|---|---|
| 02/02/2006 | 404 | Proposed Jury Instructions by USA as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE CERTIFICATE OF SERVICE(COSTELLO, FRANK) (Entered: 02/02/2006) |
| 02/02/2006 | 405 | Jury Verdict Sheet as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE. CERTIFICATE OF SERVICE(COSTELLO, FRANK) (Entered: 02/02/2006) |
| 02/02/2006 | 406 | Proposed Jury Instructions by USA as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE[ Proposed Jury Instructions on Forfeiture] CERTIFICATE OF SERVICE(COSTELLO, FRANK) (Entered: 02/02/2006) |
| 02/02/2006 | 407 | Jury Verdict Sheet as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE. [Proposed Forfeiture Special Verdict Form] CERTIFICATE OF SERVICE(COSTELLO, FRANK) (Entered: 02/02/2006) |
| 02/03/2006 | 410 | Transcript of Hearing as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE held on 2/1/06 before Judge Paul S. Diamond. Court Reporter: John Stasny, Esr. (dt) (Entered: 02/03/2006) |
| 02/06/2006 | 413 | Minute Entryfor proceedings held before Judge PAUL S. DIAMOND Motion Hearing as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE held on 2/6/2006. ARGUED: All pending motions related to the trial which is to begin 2/21/06, as laid out in court order (Doc. #389). Gov't. and Defense witnesses called. Court takes arguments under advisement and will reconvene on 2/13/06 at 2:00 p.m. for oral argument on motion 308.Court Reporter ESR.(ke) (Entered: 02/06/2006) |
| 02/06/2006 | 414 | ORDER AS TO BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY, THAT PAT DUNN, OF THE U.S. ATTORNEY'S OFFICE FOR THE E.D. OF PA., AND DARRIN HOWARD OF THE FEDERAL DETENTION CENTER, LOCATED AT 7TH AND ARCH, SHALL APPEAR BEFORE THIS HONORABLE COURT ON 2/7/06 AT 11:00 A.M., COURTROOM 6B, TO ANSWER DISCOVERY RELATED QUESTIONS . Signed by Judge PAUL S. DIAMOND on 2/3/06.2/6/06 Entered and Copies E-Mailed. (jcz, ) (Entered: 02/06/2006) |
| 02/06/2006 | 416 | TRANSCRIPT of Proceedings RE: HEARING as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE held on 2/3/06 before Judge DIAMOND. Court Reporter: ESR. (ke) (Entered: 02/06/2006) |

| | | |
|---|---|---|
| 02/06/2006 | 🔍417 | RESPONSE to Motion by USA as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY re 308 SUPPLEMENTAL SUBMISSION TO DEFENDANT AKHIL BANSAL?S MOTION TO SUPPRESS FOR FAILURE TO TIMELY SEAL ELECTRONIC COMMUNICATIONS OBTAINED BY ELECTRONIC SURVEILLANCE, Cert. of Service. (COSTELLO, FRANK) Modified on 2/7/2006 (cmc). (Entered: 02/06/2006) |
| 02/09/2006 | 🔍431 | ORDER OF 2/8/06 AS TO MATTHEW JOSEPH MELAO THAT UPON CONSIDERATION OF DEFENDANT'S MOTION TO SUPPRESS PHYSICAL EVIDENCE (DOC. NO. 269) DEFENDANT'S SUPPLEMENTAL MOTION TO SUPPRESS PHYSICAL EVIDENCE (DOC. 285), DEFENDANT'S MOTION TO SUPPRESS STATEMENTS (DOC. 269), THE GOVERNMENT'S RESPONSES AND AFTER CONDUCTING AN EVIDENTIARY HEARING ON FEBRUARY 3, 2006, IT IS HEREBY ORDERED THAT MOTIONS ARE DENIED. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 2/9/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 02/09/2006) |
| 02/10/2006 | 🔍437 | NOTICE OF HEARING as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE Oral Argument set for 2/13/2006 02:00 PM in COURTROOM 6B before the HONORABLE PAUL S. DIAMOND. (cj, ) (Entered: 02/10/2006) |
| 02/10/2006 | 🔍440 | Proposed Voir Dire by USA as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINECERTIFICATE OF SERVICE(COSTELLO, FRANK) (Entered: 02/10/2006) |
| 02/16/2006 | 🔍449 | MOTION to Amend/Correct *Typographical Error In Indictment, PROPOSED ORDER, MEMORANDUM OF LAW, CERTIFICATE OF SERVICE* by USA as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE. (COSTELLO, FRANK) (Entered: 02/16/2006) |
| 02/17/2006 | 🔍451 | ORDER OF 2/17/06 AS TO AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE THAT ALL DEFENSE COUNSEL AND PRO SE DEFENDANTS, IN THE ABOVE CAPTIONED MATTER SHALL RESPOND TO THE GOVERNMENT'S MOTION TO AMEND AND CORRECT THE INDICTMENT (DOC. 449) BY NO LATER THAN WEDNESDAY, FEBRUARY 22, 2006 AT 10:00AM. SIGNED BY JUDGE PAUL S. DIAMOND. 2/17/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 02/17/2006) |
| 02/22/2006 | 🔍456 | ORDER OF 2/22/06 AS TO AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, MATTHEW JOSEPH MELAO THAT THE FEDERAL DETENTION CENTER, OF PHILADELPHIA, SHALL ALLOW ACCESS TO A COMPUTER PROVIDED BY THE UNITED STATES ATTORNEY'S OFFICE, TO THE ABOVE MENTIONED DEFENDANTS. IT IS FURTHER ORDERED THAT COMPUTER ACCESS SHALL BE IN ACCORDANCE WITH FDC REGULATIONS, AND THAT NO OTHER DEFENDANTS HOUSED AT THE FDC SHALL USE THE ABOVE REFERENCED COMPUTER. IT IS FURTHER ORDERED THAT FAILURE TO |

| | | |
|---|---|---|
| | | COMPLY WITH THIS COURT ORDER MAY RESULT IN THE FINDING OF CONTEMPT. SIGNED BY JUDGE PAUL S. DIAMOND. 2/22/06 ENTERED AND COPIES MAILED & E-MAILED. (DT) Modified on 2/22/2006 (dt, ). (Entered: 02/22/2006) |
| 02/22/2006 | 🌐458 | ORDER OF 2/22/06 AS TO AKHIL BANSAL (2), SANJEEV ANANT SRIVASTAV (7), FRED MULLINIX (11), KELLY ANN COUCHMAN (12), MATTHEW JOSEPH MELAO (13), CHRISTOPHER GEOFF LAINE (14) THAT GOVERNMENT'S MOTION TO AMEND/CORRECT TYPOGRAPHICAL ERROR IN INDICTMENT (DOC. NO. 449) IS HEREBY GRANTED AS UNOPPOSED. SIGNED BY JUDGE PAUL S. DIAMOND. 2/22/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 02/22/2006) |
| 02/22/2006 | 🌐459 | SCHEDULING ORDER OF 2/22/06 AS TO SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO THE ABOVE CAPTIONED CASE IS SPECIALLY LISTED FOR TRIAL ON MONDAY, JUNE 5, 2006 AT 9:30AM IN COURTROOM 6B. THE PARTIES SHALL FILE ALL PRETRIAL MOTIONS, INCLUDING MOTIONS IN LIMINE AND MOTIONS TO SUPPRESS, ON OR BEFORE WEDNESDAY, MAY 3, 2006. ETC. ON OR BEFORE MONDAY, MAY 22, 2006, AFTER MEETING AND CONFERRING, THE PARTIES SHALL JOINTLY SUBMIT PROPOSED JURY VOIR DIRE QUESTIONS, JURY INTERROGATORIES, VERDICT SHEETS, JURY CHARGE, PROPOSED JURY INSTRUCTIONS AND STIPULATED FACTS. ETC. A FINAL PRETRIAL CONFERENCE SHALL BE HELD ON WEDNESDAY, MAY 31, 2006 AT 9:00AM. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 2/22/06 ENTERED AND COPIES E-MAILED. (DT) (Entered: 02/22/2006) |
| 02/22/2006 | 🌐460 | ORDER OF 2/22/06 AS TO SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO THAT THE ABOVE-CAPTIONED CASE IS SPECIALLY LISTED FOR TIRAL TO COMMENCE ON MONDAY, JUNE 5, 2006 AT 9:30AM IN COURTROOM 6B. TRIAL IS EXPECTED TO LAST APPROXIMATELY 5 WEEKS. TRIAL COUNSEL ARE: J. MICHAEL FARRELL, HENRY HILLES AND ANNE DIXON. SIGNED BY JUDGE PAUL S. DIAMOND. 2/22/06 ENTERED AND COPIES E-MAILED. (DT) (Entered: 02/22/2006) |
| 02/22/2006 | 🌐461 | MOTION OF PRO SE DEFENDANT MATTHEW MELAO TO DISMISS INDICTMENT- DEFENDANT DEPRIVED OF RIGHT TO SPEEDY TRIAL OR IN THE ALTERNATIVE THE RELEASE OF THE DEFENDANT FROM CUSTODY. (DT) (Entered: 02/22/2006) |
| 02/23/2006 | 🌐466 | Transcript of Suppression Hearing as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE held on 2/21/06 before Judge Paul S. Diamond. Court Reporter: John Stasny, Esr. (dt) (Entered: 02/23/2006) |
| 02/23/2006 | 🌐467 | NOTICE OF WITHDRAWAL OF APPEARANCE OF ATTORNEY BARBARA J. COHAN by USA as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY (COSTELLO, FRANK) (Entered: 02/23/2006) |
| 02/27/2006 | 🌐469 | Copy of Letter Dated 2/24/06 From Darrin Howard of The Federal Bureau of |

| | | Prisons as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. RE: Computer Usage at The Federal Detention Center. (dt) (Entered: 02/27/2006) |
|---|---|---|
| 02/27/2006 | 470 | RESPONSE to Motion by USA as to MATTHEW JOSEPH MELAO re 461 MOTION to Dismiss Indictment, or in the Alternative, for Release from Custody filed by USA, Cert. of Service. (COSTELLO, FRANK) Modified on 2/28/2006 (cmc). (Entered: 02/27/2006) |
| 02/28/2006 | 471 | NOTICE OF HEARING as to SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO SCHEDULING CONFERENCE SET FOR 3/1/2006 03:00 PM IN COURTROOM 6B BEFORE the HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 02/28/2006) |
| 02/28/2006 | 472 | ORDER OF 2/28/06 AS TO MATTHEW JOSEPH MELAO THAT UPON CONSIDERATION OF DEFNEDANT'S MOTION TO DISMISS INDICTMENT OR IN THE ALTERNATIVE FOR RELEASE (DOC. NO. 461), THE GOVERNMENT'S RESPONSE (DOC. NO. 470), AND ANY RELATED SUBMISSIONS, IT IS HEREBY ORDERED THAT THE MOTION IS DENIED. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 2/28/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 02/28/2006) |
| 02/28/2006 | 474 | MOTION in Limine *(Second Supplemental)* for a Determination that Additional Records Qualify As Business Records Under Federal Rule of Evidence 803(6) and are Admissible As Certified Pursuant to F.R.E. 902(11). PROPOSED ORDER, CERTIFICATE OF SERVICE by USA as to AKHIL BANSAL, SANJEEV ANANT SRIVASTAV, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE. (Attachments: # 1 Exhibit A)(COSTELLO, FRANK) (Entered: 02/28/2006) |
| 03/01/2006 | 480 | Minute Entry for proceedings held before Judge PAUL S. DIAMOND. Scheduling Conference as to SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO held on 3/1/2006. The Court addressed questions to counsel. The Court addresses follow up questions to Michael Farrell. Trial date is set for 6/12/06. Court Reporter J. Stasny, Esr.(dt) (Entered: 03/01/2006) |
| 03/06/2006 | | (Court only) ***Motions terminated as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY: 474 MOTION in Limine filed by USA,. (SEE PAPER #478) (DT) (Entered: 03/06/2006) |
| 03/24/2006 | 518 | Notice of Non-Objection to Continuance Request of Defendant Sanjeev Anant Srivastav by MATTHEW JOSEPH MELAO. (HILLES, HENRY) Modified on 3/27/2006 (np). (Entered: 03/24/2006) |
| 04/12/2006 | 553 | MOTION OF PRO SE DEFENDANT MATTHEW MELAO TO APPOINT COUNSEL, CERTIFICATE OF SERVICE. (DT) (Entered: 04/12/2006) |
| 04/20/2006 | 569 | NOTICE OF HEARING as to MATTHEW JOSEPH MELAO Motion Hearing set for |

| | | 4/26/2006 09:30 AM in COURTROOM 6B before the HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 04/20/2006) |
|---|---|---|
| 04/26/2006 | 🌐573 | Minute Entry for proceedings held before Judge PAUL S. DIAMOND. Motion Hearing as to MATTHEW JOSEPH MELAO held on 4/26/2006. The Court Directs Questions toThe Defendant, Defense Counsel and The Government. The Defendant chooses to obtain newly appointed counsel. The Court will appoint new counsel. Court Reporter John Stasny, Esr.(dt) (Entered: 04/26/2006) |
| 04/26/2006 | 🌐574 | ORDER OF 4/26/06 AS TO MATTHEW JOSEPH MELAO THAT BERNARD SIEGEL HAS BEEN APPOINTED TO REPRESENT DEFENDANT MATTHEW JOSEPH MELAO IN ALL FUTURE MATTERS PERTAINING TO THE ABOVE CAPTIONED MATTER. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 4/26/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 04/26/2006) |
| 04/26/2006 | 🌐 | Attorney update in case as to MATTHEW JOSEPH MELAO. Attorney HENRY S. HILLES, III terminated. (dt) (Entered: 04/26/2006) |
| 05/23/2006 | 🌐600 | ORDER TO CONTINUE - ENDS OF JUSTICE PURSUANT TO 18 U.S.C. SECTION 3161(h)(8)(A) AS TO SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO OF 5/22/06 THAT UPON CONSIDERATION OF DEFENDANT SANJEEV ANANT SRIVASTAV'S MOTION FOR A CONTINUANCE OF TRIAL, AND THE STATEMENTS OF CO-DEFENDANTS MATTHEW MELAO AND KELLY ANN COUCHMAN, THAT THEY DO NOT OPPOSE A CONTINUANCE, THE ABOVE REFERENCED MOTION IS HEREBY GRANTED. THE TRIAL CURRENTLY SCHEDULED FOR JUNE 12, 2006 IS RESCHEDULED TO JUNE 19, 2006. ETC. SIGNED BY JUDGE PAUL S. DIAMOND. 5/23/06 ENTERED AND COPIES MAILED AND E-MAILED. (DT) (Entered: 05/23/2006) |
| 05/23/2006 | 🌐 | Terminate Deadlines and Hearings as to SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO: (dt, ) (Entered: 05/23/2006) |
| 06/02/2006 | 🌐616 | SCHEDULING ORDER OF 6/2/06 AS TO SANJEEV ANANT SRIVASTAV, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO. JURY TRIAL SET FOR 6/19/2006 09:30 AM IN COURTROOM BEFORE HONORABLE PAUL S. DIAMOND. PRETRIAL CONFERENCE SET FOR 6/14/2006 09:30 AM IN COURTROOM BEFORE HONORABLE PAUL S. DIAMOND. Jury Instructions due by 6/12/2006. Voir Dire Questions due by 6/12/2006.. Signed by Judge PAUL S. DIAMOND on 6/2/06.6/2/06 Entered and Copies Mailed and E-Mailed. (dt) (Entered: 06/02/2006) |
| 06/08/2006 | 🌐627 | MOTION to Admit *Evidence or as Other Acts Under Rule 404(b), Memorandum of Law in Support of Motion, Proposed Order, and Certificate of Service,* by USA as to MATTHEW JOSEPH MELAO. (PAVLOCK, JAMES) (Entered: 06/08/2006) |
| 06/09/2006 | 🌐630 | Proposed Voir Dire by MATTHEW JOSEPH MELAOcertificate of service(SIEGEL, BERNARD) (Entered: 06/09/2006) |
| 06/12/2006 | 🌐638 | TRIAL MEMORANDUM by USA as to SANJEEV ANANT SRIVASTAV, MATTHEW JOSEPH MELAOcertificate of service(COSTELLO, FRANK) (Entered: 06/12/2006) |
| 06/15/2006 | 🌐644 | Minute Entryfor proceedings held before Judge PAUL S. DIAMOND Change of Plea Hearing held on 6/14/06., Plea entered as to MATTHEW JOSEPH MELAO (13) Guilty Count 1s, 2s, 4s-5s, 6s, 27s-28s. PSI report ordered, Sentencing set for 9/18/06 9:30 AM, Deft remanded to US Marshals.Court Reporter ESR.(cmc) (Entered: 06/15/2006) |

| 06/15/2006 | 645 | Plea Agreement as to MATTHEW JOSEPH MELAO .(cmc) (Entered: 06/15/2006) |
|---|---|---|
| 06/16/2006 | 650 | ORDER OF 6/16/06 AS TO MATTHEW JOSEPH MELAO THAT THE GOVERNMENTS MOTION TO ADMIT EVIDENCE (DOC. 627) IS DENIED AS MOOT. SIGNED BY JUDGE PAUL S. DIAMOND. 6/16/06 ENTERED AND COPIES MAILED. (DT) (Entered: 06/16/2006) |
| 09/18/2006 | 732 | NOTICE OF HEARING as to MATTHEW JOSEPH MELAO Sentencing set for 9/20/2006 11:30 AM in COURTROOM before HONORABLE PAUL S. DIAMOND. (jps, ) (Entered: 09/18/2006) |
| 09/19/2006 | 733 | Minute Entry for proceedings held before Judge PAUL S. DIAMOND. Sentencing Testimony as to MATTHEW JOSEPH MELAO held on 9/18/2006. Bernard Siegal addresses the Court. The defense Calls Leslie Davis to speak on behalf of the defendant. The Court takes the arguments under advisement. Court Reporter John Stasny, Esr.(dt) (Entered: 09/19/2006) |
| 09/19/2006 | 734 | SENTENCING MEMORANDUM Certificate of Service by USA as to MATTHEW JOSEPH MELAO (Attachments: # 1 Exhibit I# 2 Exhibit II)(COSTELLO, FRANK) (Entered: 09/19/2006) |
| 09/19/2006 | 735 | SENTENCING MEMORANDUM by MATTHEW JOSEPH MELAO (SIEGEL, BERNARD) (Entered: 09/19/2006) |
| 09/20/2006 | 736 | DEFT'S. SENTENCING MEMORANDUM FILED BY MATTHEW JOSEPH MELAO, CERTIFICATE OF SERVICE. (ke) (Entered: 09/20/2006) |
| 09/20/2006 | 737 | Minute Entryfor proceedings held before Judge PAUL S. DIAMOND Sentencing held on 9/20/06 for MATTHEW JOSEPH MELAO (13), Count(s) 1s, 27s, 2s, 4s-6s, IMPRISONMENT 37 MONTHS, SUPERVISED RELEASE 3 YEARS, SPECIAL ASSESSMENT $600.00.Court Reporter ESR.(ke) (Entered: 09/20/2006) |
| 09/20/2006 | 738 | JUDGMENT AS TO MATTHEW JOSEPH MELAO (13), Count(s) 1s, 27s, 2s, 4s-6s, IMPRISONMENT 37 MONTHS, SUPERVISED RELEASE 3 YEARS, SPECIAL ASSESSMENT $600.00 . Signed by Judge PAUL S. DIAMOND on 9/20/06.9/20/06 Entered and Copies Mailed BY CHAMBERS. (ke) (dt, ). (Entered: 09/20/2006) |
| 10/03/2006 | | (Court only) ***Motions terminated as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY: 729 MOTION for Forfeiture of Property *CERTIFICATE OF SERVICE* filed by USA,, 725 MOTION for Judgment *And Preliminary Order of Forfeiture* filed by USA,, 727 MOTION for Judgment *And Preliminary Order of Forfeiture* filed by USA,, 730 MOTION to Amend/Correct *Preliminary Order of Forfeiture to Include Certain Substitute Assets* filed by USA,, 726 MOTION for Judgment *And Preliminary Order of Forfeiture* filed by USA,, 728 MOTION for Judgment *And Preliminary Order of Forfeiture* filed by USA,, 724 MOTION for Judgment *for Judgment and Preliminary Order of Forfeiture* filed by USA,, 723 MOTION for Judgment *And Preliminary Order of Forfeiture* filed by USA,, 751 MOTION to Modify Conditions of Release filed by VICTOR DEVORE,. (per court) (dt) (Entered: 10/03/2006) |

| | | |
|---|---|---|
| 11/01/2006 | 🌐773 | MOTION *TO INVALIDATE CLAIM OF CLAIMANT JEFFREY S. RAIFORD WITHOUT ANCILLARY PROCEEDINGS* by USA as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY. (Attachments: # 1 Attachment 1# 2 Attachment 2)(PAVLOCK, JAMES) (Entered: 11/01/2006) |
| 11/01/2006 | 🌐775 | NOTICE OF ATTORNEY APPEARANCE BEA WITZLEBEN appearing for USA, Cert. of Service. (cmc) (Entered: 11/02/2006) |
| 11/28/2006 | | (Court only) ***Motions terminated as to BRIJ BHUSHAN BANSAL, AKHIL BANSAL, JULIE AGARWAL, YATINDRA KUMAR AGARWAL, HIMANSHU KULSHRESTHA, ATUL VIJAYKUMAR PATIL, SANJEEV ANANT SRIVASTAV, JITENDRA ARORA, KEVIN ATKINSON, VICTOR DEVORE, FRED MULLINIX, KELLY ANN COUCHMAN, MATTHEW JOSEPH MELAO, CHRISTOPHER GEOFF LAINE, WILLIAM RANDALL REED, ROHN WALLACE, RICHARD DABNEY: 773 MOTION filed by USA,. (dt) (Entered: 11/28/2006) |
| 12/22/2006 | 🌐803 | USM 285 re: Preliminary Forfeiture Order Returned : " On 11/2/06, Executed as to Citizens Bank Attn: David Mowrey, Legal Department". (jh, ) (Entered: 12/26/2006) |
| 05/14/2007 | 🌐 | Terminated Hearings. (md) (Entered: 05/14/2007) |
| 12/17/2007 | 🌐 | (Court only) ***Judgment Index Record Added (mc, ) (Entered: 12/18/2007) |
| 01/07/2008 | 🌐1072 | Probation Jurisdiction Transferred to the Southern District of California as to MATTHEW JOSEPH MELAO. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dt) (Entered: 01/07/2008) |

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

THE EASTERN     District of     PENNSYLVANIA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| MATHEW MELAO | Case Number:    05-CR-193-13 |
| | USM Number:    33230-177 |
| | BERNARD SEIGAL, ESQ |
| | Defendant's Attorney |

## THE DEFENDANT:

X pleaded guilty to count(s)    1, 2, 4, 5, 6, 27

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:846 | CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES | 4/19/05 | 1 |
| 21:963 | CONSPIRACY TO IMPORT CONTROLLED SUBSTANCES | 4/19/05 | 2 |
| 18:371 | CONSPIRACY TO INTRODUCE MISBRANDED DRUGS INTO INTERSTATE COMMERCE | 4/19/05 | 4 & 5 |
| 18:1956(h) | CONSPIRACY TO COMMIT MONEY LAUNDERING | 4/19/05 | 6 |
| 18:1956(a)(1)(A)(i) | PROMOTIONAL MONEY LAUNDERING | 4/19/05 | 27 |

    The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

WEDNESDAY, SEPTEMBER 20, 2006
Date of Imposition of Judgment

*[signature]*

Signature of Judge


Paul S. Diamond, United States District Court Judge
Name and Title of Judge


WEDNESDAY, SEPTEMBER 20, 2006
Date

A TRUE COPY, CERTIFIED TO FROM THE RECORD
DATED: _____
ATTEST: _____
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

AO 245B    (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page ___2___ of ___6___

DEFENDANT:          MATTHEW MELAO
CASE NUMBER:       05-CR-193-13

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

## 37 MONTHS

X    The court makes the following recommendations to the Bureau of Prisons:
     THAT THE DEFENDANT BE HOUSED AS CLOSE TO THE CITY OF SAN DIEGO AS POSSIBLE

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at _____ ☐ a.m.    ☐ p.m.    on _____

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before 2 p.m. on _____

     ☐    as notified by the United States Marshal.

     ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:            MATTHEW MELAO
CASE NUMBER:         05-CR-193-12

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

3 YEARS

     The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

     If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

     The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
            Sheet 3A — Supervised Release

Judgment—Page ___4___ of ___6___

DEFENDANT:      MATTHEW MELAO
CASE NUMBER:    05-CR-193-13

## ADDITIONAL SUPERVISED RELEASE TERMS

THE DEFENDANT SHALL REFRAIN FROM THE USE OF ALCOHOL AND SHALL SUBMIT TO TESTING TO ENSURE COMPLIANCE.

THE DEFENDANT SHALL SUBMIT TO EVALUATION AND TREATMENT BY THE U.S. PROBATION OFFICE.  THE DEFENDANT SHALL ABIDE BY THE RULES OF ANY PROGRAM AND REMAIN IN TREATMENT UNTIL SATISFACTORILY DISCHARGED WITH THE APPROVAL OF THE U.S. PROBATION OFFICE.

THE DEFENDANT SHALL REFRAIN FROM THE ILLEGAL POSSESSION AND/OR USE OF DRUGS AND SHALL SUBMIT TO URINALYSIS OR OTHER FORMS OF TESTING TO ENSURE COMPLIANCE.

IT IS FURTHER ORDERED THAT THE DEFENDANT SHALL SUBMIT TO DRUG TREATMENT, ON AN OUTPATIENT OR INPATIENT BASIS, AS DIRECTED BY THE U.S. PROBATION OFFICE.  THE DEFENDANT SHALL ABIDE BY THE RULES OF ANY PROGRAM AND SHALL REMAIN IN TREATMENT UNTIL SATISFACTORILY DISCHARGED WITH THE APPROVAL OF THE U.S.

THE DEFENDANT SHALL SUBMIT TO AN INITIAL INSPECTION BY THE U.S. PROBATION OFFICE AND TO ANY EXAMINATIONS DURING SUPERVISION OF YOUR COMPUTER AND ANY DEVICES, PROGRAMS, OR APPLICATIONS.

THE DEFENDANT SHALL ALLOW INSTALLATION OF ANY HARDWARE OR SOFTWARE SYSTEMS WHICH MONITOR OR FILTER COMPUTER USE.  THE DEFENDANT SHALL ABIDE BY THE STANDARD CONDITIONS OF COMPUTER MONITORING AND FILTERING THAT WILL BE APPROVED BY THIS COURT.

THE DEFENDANT SHALL PAY THE COST OF THE COMPUTER MONITORING, NOT TO EXCEED THE MONTHLY CONTRACTUAL RATE, IN ACCORDANCE WITH THE PROBATION OFFICER'S DISCRETION.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT:           MATTHEW MELAO
CASE NUMBER:         05-CR-193-13

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 600.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |
| **TOTALS** | $ 0 | $ 0 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT:       MATTHEW MELAO
CASE NUMBER:     05-CR-193-13

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**  X   Lump sum payment of $ ___600.00___ due immediately, balance due

    ☐  not later than _____ , or
    X  in accordance    ☐ C,    ☐ D,    ☐ E, or   X F below; or

**B**  X   Payment to begin immediately (may be combined with   ☐ C,    ☐ D, or   X F below); or

**C**  ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
_____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
term of supervision; or

**E**  ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X   Special instructions regarding the payment of criminal monetary penalties:
ANY BALANCE REMAINING AT THE TIME OF RELEASE SHALL BE PAID AT A RATE NOT LESS THAN $50.00 PER
MONTH

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** __05-193__ |
| | : | |
| **v.** | : | **DATE FILED:** _____ FILED JAN 0 4 2006 |
| | : | |
| **BRIJ BHUSHAN BANSAL** | : | **VIOLATIONS:** |
| **AKHIL BANSAL** | : | 21 U.S.C. § 846 (conspiracy to |
| **JULIE AGARWAL,** | : | distribute controlled substances |
| a/k/a "Jaya," | : | – 1 count) |
| **YATINDRA KUMAR AGARWAL** | : | 21 U.S.C. § 963 (conspiracy to |
| **HIMANSHU KULSHRESTHA** | : | import controlled substances – |
| **ATUL VIJAYKUMAR PATIL** | : | 1 count) |
| **SANJEEV ANAND SRIVASTAV** | : | 21 U.S.C. § 848 (continuing |
| **JITENDRA ARORA,** | : | criminal enterprise – 1 count) |
| a/k/a "Jitu," | : | 18 U.S.C. § 371 (conspiracy to |
| **KEVIN ATKINSON** | : | introduce misbranded drugs into |
| **VICTOR DEVORE** | : | interstate commerce – 2 counts) |
| **FRED MULLINIX,** | : | 18 U.S.C. § 1956(h) (conspiracy to |
| a/k/a "Tom Peters," | : | commit money laundering – |
| **KELLY ANN COUCHMAN** | : | 1 count) |
| a/k/a "Kelly Mullinix," | : | 18 U.S.C. § 1956(a)(1) |
| **MATTHEW JOSEPH MELAO** | : | (promotional money laundering – |
| **CHRISTOPHER GEOFF LAINE** | : | 12 counts) |
| **WILLIAM RANDALL REED,** | : | 18 U.S.C. § 1956(a)(2) |
| a/k/a "millerlight," | : | (international money laundering – |
| **ROHN WALLACE** | : | 10 counts) |
| **RICHARD DABNEY** | : | 18 U.S.C. § 1957 (transactional |
| | : | money laundering – 16 counts) |
| | : | 18 U.S.C. § 982 (criminal |
| | : | forfeiture) |
| | : | 21 U.S.C. § 853 (criminal |
| | : | forfeiture) |
| | : | 21 U.S.C. § 970 (criminal |
| | : | forfeiture) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |

## SUPERSEDING INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

### Introduction

At all times relevant to this indictment:

### Controlled Substances Act

1.      The Controlled Substances Act governed the manufacture, distribution, and dispensing of controlled substances in the United States. 21 U.S.C. §§ 801-971.

2.      Various prescription drugs were scheduled substances under the Controlled Substances Act. There were five schedules of controlled substances – Schedules I, II, III, IV, and V. Drugs were scheduled into these levels based on their potential for abuse, among other things. Abuse of Schedule II drugs may lead to severe psychological or physical dependence. Abuse of Schedule III drugs may lead to moderate or low physical dependence or high psychological dependence. Abuse of Schedule IV drugs may lead to more limited physical dependence or psychological dependence relative to the drugs or other substances in Schedule III. 21 U.S.C. § 812(b)(2), (3) and (4).

3.      Title 21, Code of Federal Regulations, Section 1306.04(a) provided:

> A prescription for a controlled substance to be effective must be
> issued for a legitimate medical purpose by an individual
> practitioner acting in the usual course of his professional practice.
> The responsibility for the proper prescribing and dispensing of
> controlled substances is upon the prescribing practitioner, but a
> corresponding responsibility rests with the pharmacist who fills the
> prescription. An order purporting to be a prescription issued not in
> the usual course of professional treatment or in legitimate and
> authorized research is not a prescription within the meaning and
> intent of section 309 of the Act (21 U.S.C. § 829) and the person
> knowingly filling such a purported prescription, as well as the

person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances.

4.      Morphine, a narcotic, was classified under federal narcotics laws as a Schedule II controlled substance. 21 C.F.R. § 1308.12(b)(1)(14).

5.      Codeine, a narcotic, was classified under federal narcotics laws as a Schedule II controlled substance. 21 C.F.R. § 1308.12(b)(1)(7).

6.      Codeine combination products containing less than 90 milligrams per dosage unit, including codeine with acetaminophen and codeine with paracetamol, are narcotics and were classified under federal narcotics laws as Schedule III controlled substances. 21 C.F.R. § 1308.13(e)(1)(ii).

7.      Ketamine, a commonly abused depressant, was classified under federal narcotics laws as a Schedule III controlled substance. 21 C.F.R. § 1308.13(c)(6).

8.      Alprazolam, a commonly abused depressant, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(c)(1). Xanax®, a prescription drug used to treat anxiety, contained alprazolam, and was therefore classified as a Schedule IV controlled substance.

9.      Clonazepam, a depressant, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(c)(9). Klonopin®, a prescription drug used to treat anxiety, contained clonazepam, and was therefore classified as a Schedule IV controlled substance.

10.     Clonazepate, an anti-anxiety drug, was classified under federal narcotics laws as a Schedule IV controlled substance 21 C.F.R. § 1308.14(c)(10).

-3-

11.     Chlordiazepoxide, a depressant, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(c)(7). Librium®, a prescription drug used to treat anxiety, contained chlordiazepoxide hydrochloride, and was therefore classified as a Schedule IV controlled substance.

12.     Dextropropoxyphene, a narcotic, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(b)(2). Darvon® and Darvocet®, prescription drugs used to treat pain, contained propoxyphene, and were therefore classified as a Schedule IV controlled substances.

13.     Diazepam, a depressant, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(c)(14). Valium®, a prescription drug used to treat anxiety, contained diazepam, and was therefore classified as a Schedule IV controlled substance.

14.     Lorazepam, a depressant, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(c)(27). Ativan®, a prescription drug used to treat anxiety, contained lorazepam, and was therefore classified as a Schedule IV controlled substance.

15.     Modafinil, a stimulant, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(e)(7). Provigil®, a prescription drug used to treat narcolepsy, contained modafinil, and was therefore classified as a Schedule IV controlled substance.

16.     Nitrazepam, a depressant, was classified under federal narcotics laws as a Schedule IV controlled substance. 21 C.F.R. § 1308.14(c)(36). Mogadon®, a prescription drug

-4-

used to treat insomnia, contained nitrazepam, and was therefore classified as a Schedule IV controlled substance.

17.     Pentazocine, a narcotic analgesic, was classified under federal narcotics laws as a Schedule IV controlled substance.  21 C.F.R. § 1308.14(f)(1).  Talwin®, a prescription drug used to treat pain, contained pentazocine, and was therefore classified as a Schedule IV controlled substance.

18.     Sibutramine hydrochloride, a stimulant, was classified under federal narcotics laws as a Schedule IV controlled substance.  21 C.F.R. § 1308.14(e)(11).  Meridia®, a prescription drug used for weight loss, contained sibutramine hydrochloride, and was therefore classified as a Schedule IV controlled substance.

19.     Zaleplon, a depressant, was classified under federal narcotics laws as a Schedule IV controlled substance.  21 C.F.R. § 1308.14(c)(49).  Sonata®, a prescription drug used to treat sleep disorders, contained zaleplon, and was therefore classified as a Schedule IV controlled substance.

20.     Zolpidem tartrate, a depressant, was classified under federal narcotics laws as a Schedule IV controlled substance.  21 C.F.R. § 1308.14(c)(50).  Ambien®, a prescription drug used to treat insomnia, contained zolpidem, and was therefore classified as a Schedule IV controlled substance.

### Defendants

At all times relevant to this indictment:

21.     The defendants, acting together as set forth in detail below, operated an entity herein referred to as the "Bansal organization."

22.    Defendant BRIJ BHUSHAN BANSAL was a physician licensed to practice medicine and dispense pharmaceutical drugs in his native India, where he resided at all times material to this indictment. Defendant BRIJ BHUSHAN BANSAL was at no time licensed to practice medicine in the United States, or to prescribe or dispense controlled substances or non-controlled pharmaceutical drugs in the United States. Defendant BRIJ BHUSHAN BANSAL, as the India-based head of the Bansal organization, received orders for pharmaceutical drugs from his customers[1] in the United States and elsewhere, and distributed and caused to be distributed to consumers in the United States, millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as millions of dosage units of non-controlled prescription drugs.

23.    Defendant AKHIL BANSAL was a physician licensed to practice medicine and dispense pharmaceutical drugs in his native India. Defendant AKHIL BANSAL was at no time licensed to practice medicine in the United States, or to prescribe or dispense controlled substances or non-controlled pharmaceutical drugs in the United States, where he resided, in the Eastern District of Pennsylvania, at all times material to this indictment. Defendant AKHIL BANSAL, as the United States based head of the Bansal organization, received orders for pharmaceutical drugs from customers in the United States and elsewhere, and distributed and caused to be distributed to consumers in the United States, millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as millions of dosage units of non-controlled prescription drugs.

---

[1]As used in this indictment, "customers" refers to the website owners and other individuals who submitted orders to the Bansal organization for shipments of drugs. "Consumers" refers to individuals who placed orders for drugs on the customers' websites.

-6-

24.     Defendants JULIE AGARWAL and YATINDRA AGARWAL were India-based managers of the Bansal organization who solicited business for the organization by contacting the owners of internet pharmacy websites and offering to fill orders for controlled substance pharmaceutical drugs and non-controlled prescription drugs ordered by their customers. Defendants JULIE AGARWAL and YATINDRA AGARWAL took orders from the website-operator customers of the organization, responded to questions from the website-operator customers, and distributed and caused to be distributed to consumers in the United States, millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as millions of dosage units of non-controlled prescription drugs.

25.     Defendant HIMANSHU KULSHRESTHA was an India-based member of the Bansal organization who received orders from the owners of internet pharmacy websites, transmitted those orders to depots in India and in the United States, provided tracking numbers to the website-operator customers of the organization showing shipments of drugs to their customers, and sent invoices to the website-operator customers for millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as millions of dosage units of non-controlled prescription drugs that had been distributed and caused to be distributed to consumers in the United States.

26.     Defendant ATUL VIJAYKUMAR PATIL was a manager in the Bansal organization based in Philadelphia, in the Eastern District of Pennsylvania, who assisted defendant AKHIL BANSAL in soliciting an individual to ship controlled substance pharmaceutical drugs for the Bansal organization, accepted currency in payment for controlled substances sold to customers, shipped controlled substances to customers, and established an

-7-

offshore bank account for the purpose of receiving funds sent by customers of the organization in payment for millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as millions of dosage units of non-controlled prescription drugs that had been distributed and caused to be distributed to consumers in the United States.

27.     Defendant SANJEEV ANAND SRIVASTAV was a physician licensed to practice medicine and dispense pharmaceutical drugs in his native India.  Defendant SANJEEV ANAND SRIVASTAV was at no time licensed to practice medicine in the United States, or to prescribe or dispense controlled substances or non-controlled pharmaceutical drugs in the United States, where he resided at all times material to this indictment.  Defendant SANJEEV ANAND SRIVASTAV was a manager in the Bansal organization who, at the direction of defendant BRIJ BHUSHAN BANSAL and defendant AKHIL BANSAL, distributed and caused to be distributed to consumers in the United States, millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as millions of dosage units of non-controlled prescription drugs.

28.     Defendant JITENDRA ARORA was the Canada-based affiliate of several businesses that operated websites through which defendants distributed and dispensed controlled substances. Defendant JITENDRA ARORA received orders from these businesses, forwarded the orders to the Bansal organization, and distributed, dispensed, and caused to be distributed and dispensed to consumers in the United States, millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as thousands of dosage units of non-controlled prescription drugs.

29.     Defendant KEVIN ATKINSON was an affiliate of several businesses that operated websites through which defendants distributed controlled substances, and laundered the proceeds thereof.  Defendant KEVIN ATKINSON received orders from these businesses, forwarded the orders to the Bansal organization, and distributed and caused to be distributed to consumers in the United States, millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as thousands of dosage units of non-controlled prescription drugs.

30.     Defendant VICTOR DEVORE was the Florida-based owner and operator of a business, Big City Corp., that operated various websites through which defendants distributed controlled substances.  Some of these websites included *www.bigcitymeds.com*, *www.greentreerx.com, www.mercomeds.com,* and *www.rxapproved.com.*   Defendant VICTOR DEVORE received orders from these websites, forwarded the orders to the Bansal organization, distributed and caused to be distributed to consumers in the United States, thousands of dosage units of controlled substance pharmaceutical drugs in Schedules III and IV, as well as thousands of dosage units of non-controlled prescription drugs.

31.     Defendant FRED MULLINIX, a/k/a "Tom Peters," was the owner and operator of a business that operated a number of  websites, including *www.myemeds.com and antianxietymeds.com*, through which defendants distributed controlled substances.  Defendant FRED MULLINIX received orders from these websites, forwarded the orders to the Bansal organization, and distributed and caused to be distributed to consumers in the United States, millions of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as thousands of dosage units of non-controlled prescription drugs.

-9-

32.     Defendants MATTHEW JOSEPH MELAO and CHRISTOPHER GEOFF LAINE were the owners and operators of a business that operated various websites through which defendants distributed controlled substances.  Some of these websites included *www.ourprescriptionsforless.com, worldpharmacyone.com,* and *www.yourpharmacyone.com.* Defendants MATTHEW JOSEPH MELAO and CHRISTOPHER GEOFF LAINE received orders from these websites, forwarded the orders to the Bansal organization, and distributed and caused to be distributed to consumers in the United States, thousands of dosage units of controlled substance pharmaceutical drugs in Schedules II, III and IV, as well as thousands of dosage units of non-controlled prescription drugs.

33.     Rohn Wallace, charged elsewhere in this indictment, was the owner and operator of a business that operated various websites through which defendant distributed controlled substances, including *www.usarxpress.com* and *www.discountmedsonline.com.*  Wallace received orders from these websites, forwarded the orders to the Bansal organization, distributed and caused to be distributed, to consumers in the United States, thousands of dosage units of controlled substance pharmaceutical drugs, in Schedules III and IV, as well as thousands of dosage units of non-controlled prescription drugs.

34.     Defendant WILLIAM RANDALL REED was an individual who responded to a solicitation by defendant BRIJ BHUSHAN BANSAL on an internet bulletin board offering to sell controlled substances.  Defendant WILLIAM RANDALL REED thereafter purchased from the Bansal organization at least 20 kilograms of ketamine, a Schedule III controlled substance, for resale to others.

-10-

35.    Defendant RICHARD DABNEY was a business owner in the Eastern District of Pennsylvania who was offered payment by defendants AKHIL BANSAL and ATUL VIJAYKUMAR PATIL to ship to consumers in the United States, on behalf of the Bansal organization, boxes containing controlled substance pharmaceutical drugs in Schedules II, III and IV, and non-controlled prescription drugs.

36.    Beginning in or before July 2003, the exact date being unknown to the grand jury, and continuing until on or about April 19, 2005, in the Eastern District of Pennsylvania and elsewhere, defendants

**BRIJ BHUSHAN BANSAL**
**AKHIL BANSAL**
**JULIE AGARWAL,**
**a/k/a "Jaya,"**
**YATINDRA KUMAR AGARWAL**
**HIMANSHU KULSHRESTHA**
**ATUL VIJAYKUMAR PATIL**
**SANJEEV ANAND SRIVASTAV**
**JITENDRA ARORA,**
**a/k/a "Jitu,"**
**KEVIN ATKINSON**
**VICTOR DEVORE**
**FRED MULLINIX,**
**a/k/a "Tom Peters,"**
**MATTHEW JOSEPH MELAO**
**CHRISTOPHER GEOFF LAINE**
**WILLIAM RANDALL REED,**
**a/k/a "millerlight," and**
**RICHARD DABNEY**

conspired and agreed together, and with others known and unknown to the grand jury, including Rohn Wallace (who is charged elsewhere in this indictment) and Corinna Mehrer, Klaus Rieder, David Armstrong, and Elizabeth Armstrong (who are charged elsewhere), to knowingly and intentionally distribute Schedule II, III and IV controlled substances, including but not limited to,

-11-

quantities of the following controlled substances: (1) morphine, a Schedule II controlled substance; (2) codeine, a Schedule II controlled substance; (3) codeine combination products, Schedule III controlled substances;  (4) ketamine, a Schedule III controlled substance; (5) alprazolam (the generic form of Xanax®), a Schedule IV controlled substance; (6) clorazepate, a Schedule IV controlled substance; (7) clonazepam (the generic form of Klonopin®), a Schedule IV controlled substance; (8) chlordiazepoxide (the generic form of Librium®), a Schedule IV controlled substance; (9) dextropropoxyphene (the generic form of Darvon® and Darvocet®), a Schedule IV controlled substance; (10) diazepam (the generic form of Valium®), a Schedule IV controlled substance; (11) lorazepam (the generic form of Ativan®), a Schedule IV controlled substance; (12) modafinil (the generic form of Provigil®), a Schedule IV controlled substance; (13) nitrazepam (the generic form of Mogadon®) a Schedule IV controlled substance; (14) pentazocine (the generic form of Talwin®), a Schedule IV controlled substance; (15) sibutramine hydrochloride (the generic form of Meridia®), a Schedule IV controlled substance; (16) zaleplon (the generic form of Sonata®)), a Schedule IV controlled substance; and (17) zolpidem tartrate (the generic form of Ambien®), a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OBJECT OF THE CONSPIRACY

37.     It was the object of the conspiracy for the conspirators to obtain substantial revenues and profits by illegally offering for sale and selling – without prescriptions – controlled substance pharmaceutical drugs via internet websites and otherwise, by illegally importing and